B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## District Of Delaware

In re Park Place Development Primary, LLC )   Case No. 21-10849(CSS)
    Alleged Debtor*                       )
                                          )   Chapter 7
                                          )
                                          )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on May 24, 2021 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:   824 N Market Street, 3rd Floor
                        Wilmington, De   19801

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Daniel A. O'Brien, Esq.
                                            Venable LLP
                                            1201 N Market St., Suite 1400
                                            Wilmington, De   19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____ (Clerk of the Bankruptcy Court)

Date: 5/25/2021    By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).