## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | **Chapter 7** |
| **Park Place Development Primary LLC,** | **Case No. 21-10849 (CSS)** |
| **Debtor.** | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Gilbane Residential Construction LLC ("**Gilbane**"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**"), that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned counsel at the addresses set forth below:

Brian M. Streicher
ERNSTROM & DRESTE, LLP
925 Clinton Square
Rochester, New York 14604
Telephone:   (585) 473-3100
Facsimile:   (585) 473-3113
Email:       JDreste@ed-llp.com
             BStreicher@ed-llp.com

Daniel J. DeFranceschi (No. 2732)
Russell C. Silberglied (No. 3462)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       defranceschi@rlf.com
             silberglied@rlf.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Gilbane to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Gilbane' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Gilbane' right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Gilbane' right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Gilbane is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Gilbane expressly reserves.

Dated: June 3, 2021
      Wilmington, Delaware

*/s/ Russell C. Silberglied*

Daniel J. DeFranceschi (No. 2732)
Russell C. Silberglied (No. 3462)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:       defranceschi@rlf.com
            silberglied@rlf.com

-and-

John W. Dreste
Brian M. Streicher
ERNSTROM & DRESTE, LLP
925 Clinton Square
Rochester, New York 14604
Telephone:    (585) 473-3100
Facsimile:    (585) 473-3113
Email:       JDreste@ed-llp.com
            BStreicher@ed-llp.com

*Counsel to Gilbane Residential Construction LLC*

RLF1 25389352v.1