IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 7
                                                              :
PARK PLACE DEVELOPMENT                                        :   Case No. 21-10849 (CSS)
PRIMARY, LLC,[1]                                              :
                                                              :
          Alleged Debtor.                                     x
-------------------------------------------------------------

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PAPERS

       **PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for the above-captioned alleged debtor, Park Place Development Primary, LLC ("Park Place").  Under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Park Place requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted to:

| | |
|---|---|
| Gary W. Marsh<br>**TROUTMAN PEPPER HAMILTON**<br> **SANDERS LLP**<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 885-2618<br>Facsimile: (404) 962-6983<br>Email: gary.marsh@troutman.com | Brett D. Goodman<br>**TROUTMAN PEPPER HAMILTON**<br>**SANDERS LLP**<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-5966<br>Email: brett.goodman@troutman.com |
| Marcy J. McLaughlin Smith<br>**TROUTMAN PEPPER HAMILTON**<br>**SANDERS LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street | |

---

[1] The address of the Debtor's corporate headquarters is: 31 West 27th Street, 9th Floor, New York, NY 10001.

#116771746 v1

Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Park Place or any other party in interest in this case; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Park Place or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Park Place (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (4) to challenge subject matter jurisdiction, or (5) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Signature page follows]*

| | |
|---|---|
| Dated:  June 10, 2021<br>Wilmington Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*/s/ Marcy J. McLaughlin Smith*<br>Marcy J. McLaughlin Smith (DE 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>E-mail: marcy.smith@troutman.com<br><br>-and-<br><br>Gary W. Marsh (*pro hac vice* to be filed)<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone:  (404) 885-2618<br>Facsimile:  (404) 962-6983<br>Email: gary.marsh@troutman.com<br><br>-and-<br><br>Brett D. Goodman (*pro hac vice* to be filed)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-5966<br>Email: brett.goodman@troutman.com<br><br>*Counsel to Park Place Development Primary, LLC* |