# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

**STIPULATION EXTENDING DEADLINE
FOR THE ALLEGED DEBTOR PARK PLACE DEVELOPMENT
PRIMARY, LLC TO RESPOND TO INVOLUNTARY PETITION**

**WHEREAS**, on May 24, 2021, Construction Realty Safety Group, Inc., Domani Inspection Services, Inc., Ismael Leyva Architect, P.C., S&E Bridge & Scaffold LLC, Trade Off Plus, LLC, and Permasteelisa North America Corp. (collectively, the "Petitioning Creditors") filed an involuntary petition under Chapter 7 of Title 11 of the United States Code (the "Involuntary Petition") against Park Place Development Primary, LLC (the "Alleged Debtor", together with the Petitioning Creditors, the "Parties");

**WHEREAS**, the Involuntary Petition was served by summons on the Alleged Debtor on May 25, 2021; and

**WHEREAS**, the Parties have agreed to extend the Alleged Debtor's deadline to move, answer or otherwise respond to the Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, to July 6, 2021.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court, that:

1. The deadline for the Alleged Debtor to move, answer or otherwise respond to the Involuntary Petition, in accordance with the Federal Rules of Bankruptcy Procedure, is extended through and including July 6, 2021.

1

| VENABLE LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| /s/ Daniel A. O'Brien<br>Daniel A. O'Brien (#4897)<br>1201 N. Market Street, Suite 1400<br>Wilmington, Delaware 19801<br>Tel: (302) 298-3523<br>Fax: (302) 298-3550<br>daobrien@venable.com | /s/ Marcy J. McLaughlin Smith<br>Marcy J. McLaughlin Smith (#6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>marcy.smith@troutman.com |
| -and- | -and- |
| Jeffrey S. Sabin<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Tel: (212) 307-5500<br>jssabin@venable.com | Gary Marsh<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, GA 30308<br>Tel: (404) 885-3000<br>gary.marsh@troutman.com |
| *Counsel for the Petitioning Creditors* | -and- |
|  | Brett D. Goodman<br>875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 704-6000<br>Brett.goodman@troutman.com |
|  | *Counsel for the Alleged Debtor* |