# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 7
                                                             :
PARK PLACE DEVELOPMENT                                       : Case No. 21-10849 (CSS)
PRIMARY, LLC,[1]                                             :
                                                             :
       Alleged Debtor.                                   x
------------------------------------------------------------

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1011 AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

In accordance with Rules 1011 and 7007.1 of the Federal Rules of Bankruptcy Procedure, Park Place Development Primary, LLC, the ("<u>Alleged Debtor</u>") submits this Corporate Disclosure Statement.

1. Park Place Development Primary LLC is wholly owned by Park Place Development Secondary LLC.

2. Park Place Development Secondary LLC is wholly owned by Park Place Development JV LLC.

3. Park Place Development JV LLC is owned 52% by 45 Park Place Partners LLC and 48% by Park Place Partners JV LLC.

4. 45 Park Place Partners LLC is owned 55% by Soho Properties General Partner LLC.

5. Park Place Partners JV LLC is owned 49% by Park Place Members SP III Subsidiary LLC and 28% by Park Place Members SP LLC.

---

[1] The last four digits of the Alleged Debtor's U.S. tax identification number is 1708. The address of the Debtor's corporate headquarters is: 31 West 27th Street, 9th Floor, New York, NY 10001.

6. Park Place Members SP III Subsidiary LLC is wholly owned by Park Place Members SP III LLC.

7. Park Place Members SP III LLC is owned 99% by Soho Properties FIM III LTD.

Dated: July 6, 2021

_____
Sharif El-Gamal

#117044059 v3

## Fill in this information to identify the case and this filing:

Debtor Name: Park Place Development Primary, LLC

United States Bankruptcy Court for the: _____ District of Delaware (State)

Case number (If known): 21-10849 (CSS)

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/06/2021
MM / DD / YYYY

X _____ (signature)
Signature of individual signing on behalf of debtor

Sharif El-Gamal
Printed name

President
Position or relationship to debtor