# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| PARK PLACE DEVELOPMENT PRIMARY, LLC,[1] | : | Case No. 21-10849 (CSS) |
|  | : |  |
| Alleged Debtor. | x | Related to Docket Nos. 31, 32, and 33 |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on July 6, 2021, I caused copies of the following documents to be served, in the manner indicated, upon the parties set forth on the attached service list; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

- *Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition* [Docket No. 31]; and

- *Declaration of Sharif El-Gamal in Support of the Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition* [Docket No. 32]; and

- *Corporate Ownership Statement Pursuant to Rules 1011 and 7007.1 of the Federal Rules of Bankruptcy Procedure* [Docket No. 33]

---

[1] The address of the Debtor's corporate headquarters is: 31 West 27th Street, 9th Floor, New York, NY 10001.

#117394363 v1

| | |
|---|---|
| Dated: July 6, 2021<br>Wilmington Delaware | Troutman Pepper Hamilton Sanders LLP<br><br>*/s/ Marcy J. McLaughlin Smith*<br>Marcy J. McLaughlin Smith (DE 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: marcy.smith@troutman.com<br><br>-and-<br><br>Gary W. Marsh (admitted *pro hac vice*)<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 885-2618<br>Facsimile: (404) 962-6983<br>Email: gary.marsh@troutman.com<br><br>-and-<br><br>*Brett D. Goodman* (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-5966<br>Email: brett.goodman@troutman.com<br><br>*Counsel to Park Place Development Primary, LLC* |

# SERVICE LIST

**By Email & First Class Mail**
*(Counsel to the Petitioning Creditors)*
Daniel A. O'Brien
Venable LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
daobrien@venable.com

**First-Class Mail**
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**By Email & First Class Mail**
*(Counsel to the Petitioning Creditors)*
Jeffrey S. Sabin
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
JSSabin@Venable.com

**By Email & First Class Mail**
*(Counsel to Gilbane Residential Construction LLC*)
Daniel J. DeFranceschi and Russell C. Silberglied
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
defranceschi@rlf.com; silberglied@rlf.com

**By Email & First Class Mail**
*(Counsel to Gilbane Residential Construction LLC*)
John W. Dreste and Brian M. Streicher
Ernstrom & Dreste, LLP
925 Clinton Square
Rochester, New York 14604
JDreste@ed-llp.com; BStreicher@ed-llp.com