# EXHIBIT B

Declaration of Justin Casson

# APPRAISAL REPORT

43 PARK PLACE
NEW YORK, NEW YORK 10007
CBRE GROUP, INC. FILE NO. 21-047NE-3333

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

**CBRE**

VALUATION & ADVISORY SERVICES



200 Park Avenue
New York, NY 10166

T 212-207-6100
F 212-207-6069

www.cbre.com

July 7, 2021

Matthew D. Parrott, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
1 New York Plaza
New York, New York 10004-1980

RE:     Appraisal of: 43 Park Place
        New York, New York 10007
        CBRE, Inc. File No. 21-047NE-3333

Dear Mr. Parrott:

At your request and authorization, CBRE, Inc. has prepared an appraisal of the market value of the referenced property. Our analysis is presented in the following Appraisal Report.

The subject is a partially completed luxury condominium development located at 43 Park Place in the TriBeCa neighborhood of Manhattan. When completed, it will contain 50 luxury condominiums and 788 square feet of grade-level retail space. We were provided with a cost report that indicates the project will be completed in 18 months and the total costs to complete are $83,722,202.

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is | Fee Simple Estate | July 2, 2021 | $87,900,000 |
| As Complete | Fee Simple Estate | January 2, 2023 | $189,200,000 |
| Compiled by CBRE | | | |

As of the date of value and the date of this report, the nation, region, and market area are impacted by the COVID-19 pandemic. This could have a prolonged effect on macroeconomic conditions, though at this time the length of duration is unknown. The perceived impact on real estate varies on several factors including asset class, use, tenancy, and location. Our analysis considers available information as of the effective date.

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

Matthew D. Parrott, Esq.
July 7, 2021
Page 2

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value. The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. It also conforms to Title XI Regulations and the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) updated in 1994 and further updated by the Interagency Appraisal and Evaluation Guidelines promulgated in 2010.

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. As a condition to being granted the status of an intended user, any intended user who has not entered into a written agreement with CBRE in connection with its use of our report agrees to be bound by the terms and conditions of the agreement between CBRE and the client who ordered the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to any non-intended users does not extend reliance to any such party, and CBRE will not be responsible for any unauthorized use of or reliance upon the report, its conclusions or contents (or any portion thereof).

It has been a pleasure to assist you in this assignment. If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.

Respectfully submitted,

CBRE - VALUATION & ADVISORY SERVICES

Justin Casson, MAI
Director
New York State Certification #46000003220

Phone:    (212) 715 5749

Adam Weil
Senior Appraiser
New York State Certification # 46000052137
Phone: (212) 207 6040
Email: Adam.Weil@cbre.com



# Certification

We certify to the best of our knowledge and belief:

1.  The statements of fact contained in this report are true and correct.

2.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3.  We have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.

4.  Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

5.  Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6.  This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

7.  Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of New York.

8.  The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

9.  The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

10. As of the date of this report, Justin Casson, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.

11. Adam Weil Justin Casson, MAI have made personal inspections of the property that is the subject of this report.

12. No one provided significant real property appraisal assistance to the persons signing this report.

13. Valuation & Advisory Services operates as an independent economic entity within CBRE, Inc. Although employees of other CBRE, Inc. divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

14. Adam Weil and Justin Casson, MAI have provided services as appraisers regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

_____          _____
Justin Casson, MAI                        Adam Weil

i



# Subject Photographs



Subject






Lobby – Current Condition | Typical Floor – Current Condition




Typical Floor – Current Condition | Typical Floor – Current Condition




Typical Floor – Current Condition | Typical Floor – Current Condition



# Executive Summary

| | |
|---|---|
| **Property Name** | 43 Park Place |
| **Location** | 43 Park Place, New York,, New York County, NY 10007 |
| **Client** | Fried, Frank, Harris, Shriver & Jacobson LLP |
| **Highest and Best Use** | |
|   As If Vacant | Residential |
|   As Improved | Residential |
| **Property Rights Appraised** | Fee Simple Estate |
| **Date of Report** | July 7, 2021 |
| **Date of Inspection** | July 2, 2021 |
| **Estimated Exposure Time** | 6 - 12 Months |
| **Estimated Marketing Time** | 6 - 12 Months |
| **Land Area** | 0.28 AC            12,247 SF |
| **Zoning** | C6-4/LM |
| **Improvements** | |
|   Property Type | Condominium     (Multi-family Mid/High Rise) |
|   Number of Buildings | 1 |
|   Number of Stories | 43 |
|   Gross Building Area | 155,616 SF |
|   Residential Area | 111,933 SF |
|   Commercial Area | 788 SF |
|   Number of Units | 50 |
|   Average Unit Size | 2,239 SF |
|   Year Built | 2022 |
|   Effective Age | 0 Years |
|   Remaining Economic Life | 55 Years |
|   Condition | Excellent |
| **Financial Indicators** | |
|   Estimated Sell-out Period | 36 Months |
|   Discount Rate | 12.00% |

## STRENGTHS, WEAKNESSES, OPPORTUNITIES AND THREATS (SWOT)

### Strengths/ Opportunities

- Upon completion, it is assumed that the subject will be in excellent condition upon completion.
- The median household income in the subject's zip code is over $200,000 per year.
- The subject is in TriBeCa, which achieves some of the highest condominium prices in the City.
- The subject will have an excellent amenity package upon completion.



Weaknesses/ Threats

- There are numerous planned and recently completed luxury condominium developments in the area which has caused a potential oversupply
- There are a limited number of qualified buyers for the subject's proposed condominiums.
- Increased uncertainty and risk associated with COVID-19 (see discussion below). Most participants anticipate with the greatest impact felt in the next 3-9 months

## COVID-19 WARNING STATEMENT- MARKET UNCERTAINTY CLAUSE

The outbreak of the Novel Coronavirus (COVID-19), declared by the World Health Organisation as a "Global Pandemic" on the 11th March 2020, has impacted many aspects of daily life and the global economy – with some real estate markets experiencing significantly lower levels of transactional activity and liquidity. As of the valuation date, in the case of the subject property, there is a shortage of market evidence for comparison purposes, to inform opinions of value.

Our valuation of the property is therefore reported as being subject to 'material valuation uncertainty'. Consequently, less certainty – and a higher degree of caution – should be attached to our valuation than would normally be the case.

For the avoidance of doubt, the inclusion of the 'material valuation uncertainty' declaration above does not mean that the valuation cannot be relied upon. Rather, the declaration has been included to ensure transparency of the fact that – in the current extraordinary circumstances – less certainty can be attached to the valuation than would otherwise be the case.  The material uncertainty clause is to serve as a precaution and does not invalidate the valuation.

Values may change more rapidly and significantly than during standard market conditions. Given the unknown future impact that COVID-19 might have on the real estate market and the difficulty in differentiating between short term impacts and long-term structural changes, we recommend that you keep the valuation(s) contained within this report under frequent review

## EXTRAORDINARY ASSUMPTIONS

An extraordinary assumption is defined as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions." [1]

- The 'as complete' appraisal assumes the development is fully entitled and permitted for the construction of the improvements as specifically described herein and that the project will be completed on time and within budget and in accordance with the plans and assumed good level of specifications commensurate with other new developments in the surrounding area.
- The appraisal includes a Prospective opinion of market value at the completion and stabilization of the property. As such, the prospective values are based on forward looking projections that are based on current market indications and typical underwriting witnessed

---

[1] The Appraisal Foundation, *USPAP, 2020-2021*



by market participants. Any significant change in market conditions that are inconsistent with the assumptions made herein could impact the opinions of market value.

- The use of these extraordinary assumptions may have affected the assignment results.

## HYPOTHETICAL CONDITIONS

A hypothetical condition is defined as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purposes of analysis." [2]

- None noted

## OWNERSHIP AND PROPERTY HISTORY

The subject is owned by Park Place Development Primary LLC. To the best of our knowledge, there have been no ownership transfers of the subject in the previous three years. To the best of our knowledge, the subject is not in contract or listed to be sold.

## EXPOSURE/MARKETING TIME

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold. This reasonable time frame can either be examined historically or prospectively. In a historical analysis, this is referred to as exposure time. Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value. On a prospective basis, the term marketing time is most often used. The exposure/marketing time is a function of price, time, and use. It is not an isolated estimate of time alone. In consideration of these factors, we have analyzed the following:

- exposure/marketing time information from the PwC Real Estate Investor Survey; and
- the opinions of market participants.

The following table presents the information derived from these sources.

| EXPOSURE/MARKETING TIME DATA | | |
|---|---|---|
| | Exposure/Mktg. (Months) | |
| Investment Type | Range | Average |
| *PwC Apartment* | | |
| National Data | 1.0 - 12.0 | 5.3 |
| Local Market Professionals | 6.0 - 12.0 | 9.0 |
| **CBRE Exposure Time Estimate** | **6 - 12 Months** | |
| **CBRE Marketing Period Estimate** | **6 - 12 Months** | |
| Source: PwC Real Estate Survey | | |

---

[2] The Appraisal Foundation, *USPAP, 2020-2021*





# Table of Contents

Certification ............................................................................................................................... i

Subject Photographs ................................................................................................................ ii

Executive Summary ................................................................................................................. iv

Table of Contents ................................................................................................................... viii

Scope of Work ......................................................................................................................... 1

Area Analysis .......................................................................................................................... 5

Neighborhood Analysis .......................................................................................................... 12

Site Analysis .......................................................................................................................... 17

Improvements Analysis .......................................................................................................... 29

Zoning .................................................................................................................................... 33

Tax and Assessment Data ...................................................................................................... 36

Market Analysis ..................................................................................................................... 37

Highest and Best Use ............................................................................................................. 43

Condominium Sellout ............................................................................................................. 44

Reconciliation of Value .......................................................................................................... 68

Assumptions and Limiting Conditions ................................................................................... 69

ADDENDA

A Operating Data



# Scope of Work

This Appraisal Report is intended to comply with the reporting requirements set forth under Standards Rule 2 of USPAP. The scope of the assignment relates to the extent and manner in which research is conducted, data is gathered and analysis is applied.

## INTENDED USE OF REPORT

This appraisal is to be used for Litigation in reference to Park Place Development Primary, LLC, Case No. 21-10849 (CSS) pending in Bankruptcy Court for the District of Delaware.

## CLIENT

The client is Fried, Frank, Harris, Shriver & Jacobson LLP.

## INTENDED USER OF REPORT

This appraisal is to be used by FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ("Firm"), individually, and as counsel for MALAYAN BANKING BERHAD NEW YORK BRANCH, AS ADMINISTRATIVE AGENT FOR MALAYAN BANKING BERHAD, LONDON BRANCH, INTESA SANPAOLO S.P.A., NEW YORK BRANCH, WARBA BANK K.S.C.P., AND 45 PARK PLACE INVESTMENTS, LLC ("Bank") (Firm and Bank are collectively referred to herein as Client) and such other parties and entities (if any) expressly recognized by CBRE as "Intended Users" (as further defined herein) and no other user may rely on our report unless as specifically indicated in the report.

> Intended Users - the intended user is the person (or entity) who the appraiser intends will use the results of the appraisal. The client may provide the appraiser with information about other potential users of the appraisal, but the appraiser ultimately determines who the appropriate users are given the appraisal problem to be solved. Identifying the intended users is necessary so that the appraiser can report the opinions and conclusions developed in the appraisal in a manner that is clear and understandable to the intended users. Parties who receive or might receive a copy of the appraisal are not necessarily intended users. The appraiser's responsibility is to the intended users identified in the report, not to all readers of the appraisal report. [3]

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to provide an opinion of the market value of the subject property.

## DEFINITION OF VALUE

The current economic definition of market value agreed upon by agencies that regulate federal financial institutions in the U.S. (and used herein) is as follows:

---

[3] Appraisal Institute, The Appraisal of Real Estate, 14th ed. (Chicago: Appraisal Institute, 2013), 50.



The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [4]

## INTEREST APPRAISED

The value estimated represents the fee simple interest as defined below:

*Fee Simple Estate* - Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. [5]

### Extent to Which the Property is Identified

The property is identified through the following sources:

- postal address
- assessor's records
- legal description

### Extent to Which the Property is Inspected

The extent of the inspection included the following: interior and exterior inspection of the subject.

### Type and Extent of the Data Researched

CBRE reviewed the following:

- applicable tax data
- zoning requirements
- flood zone status
- demographics
- comparable data
- cost to complete

---

[4] Interagency Appraisal and Evaluation Guidelines; December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472.

[5] Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), 90.

**CBRE**

### Type and Extent of Analysis Applied

CBRE, Inc. analyzed the data gathered through the use of appropriate and accepted appraisal methodology to arrive at a probable value indication via each applicable approach to value. The steps required to complete each approach are discussed in the methodology section.

### Data Resources Utilized in the Analysis

| DATA SOURCES | |
|---|---|
| *Item:* | *Source(s):* |
| **Site Data** | |
| Size | Assessor's Office |
| **Improved Data** | |
| Building Area | Client |
| No. Bldgs. | Client |
| Parking Spaces | Client |
| Year Built/Developed | Client |
| **Economic Data** | |
| Building Costs: | Client |
| Compiled by CBRE | |

## APPRAISAL METHODOLOGY

In appraisal practice, an approach to value is included or omitted based on its applicability to the property type being valued and the quality and quantity of information available.

### Cost Approach

The cost approach is based on the proposition that the informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. This approach is particularly applicable when the property being appraised involves relatively new improvements that represent the highest and best use of the land, or when it is improved with relatively unique or specialized improvements for which there exist few sales or leases of comparable properties.

### Sales Comparison Approach

The sales comparison approach utilizes sales of comparable properties, adjusted for differences, to indicate a value for the subject. Valuation is typically accomplished using physical units of comparison such as price per square foot, price per unit, price per floor, etc., or economic units of comparison such as gross rent multiplier. Adjustments are applied to the physical units of comparison derived from the comparable sale. The unit of comparison chosen for the subject is then used to yield a total value. Economic units of comparison are not adjusted, but rather analyzed as to relevant differences, with the final estimate derived based on the general comparisons.

### Income Capitalization Approach

The income capitalization approach reflects the subject's income-producing capabilities. This approach is based on the assumption that value is created by the expectation of benefits to be



derived in the future. Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time. The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

## Methodology Applicable to the Subject

In valuing the subject, only the sales comparison and income capitalization approaches are applicable and have been used. The cost approach is not applicable in the estimation of market value because market participants do not rely on it. The exclusion of said approach is not considered to compromise the credibility of the results rendered herein.



# Area Analysis



The examination of social forces is primarily based upon demographic characteristics of an area including, but not limited to, population trends, age of population and household formation. A review of these demographic trends is imperative in order to determine the basic demand for real property in the area.

## Population

The population in New York City has increased approximately 4.0% from 2010 to 2020, as estimated by CBRE (LAM). Changes among the different boroughs varied considerably, with Staten Island reflecting the lowest population increase of 3.0%, while Brooklyn's population had the largest increase of 4.7%. The 2020 estimates and the 2025 projections are based on the following census data.



| NEW YORK CITY POPULATION DATA | | | | | |
|---|---|---|---|---|---|
| | 2010 Census | 2020 Estimate | 2010-2020 % Change | 2025 Projection | 2020-2025 % Change |
| Bronx | 1,385,108 | 1,434,830 | 3.6% | 1,455,637 | 1.5% |
| Brooklyn | 2,504,700 | 2,623,311 | 4.7% | 2,672,464 | 1.9% |
| Manhattan | 1,585,873 | 1,650,033 | 4.0% | 1,676,284 | 1.6% |
| Queens | 2,230,722 | 2,311,794 | 3.6% | 2,335,047 | 1.0% |
| Staten Island | 468,730 | 482,675 | 3.0% | 487,784 | 1.1% |
| **New York City** | **8,175,133** | **8,502,614** | **4.0%** | **8,627,187** | **1.5%** |
| Source: CBRE Location Analytics & Mapping (LAM) | | | | | |

The population within the city is expected to increase through 2025. Over the next five years Brooklyn is anticipated to have the highest increase in population with an increase of 1.9%. The New York City Boroughs are all projected to experience moderate growth, ranging from 1.0% to 1.9% over the next 5 years. Overall, the population in New York City is projected to increase by 1.5% into 2025. Compared to the 2010-2020 period, growth is expected to decline for the years between 2020-2025.

## Households

Household statistics based on census data are summarized as follows.

| NEW YORK CITY HOUSEHOLD DATA | | | | | |
|---|---|---|---|---|---|
| | 2010 Census | 2020 Estimate | 2010-2020 % Change | 2025 Projection | 2020-2025 % Change |
| Bronx | 483,449 | 500,606 | 3.5% | 507,591 | 1.4% |
| Brooklyn | 916,856 | 959,891 | 4.7% | 977,749 | 1.9% |
| Manhattan | 763,846 | 797,526 | 4.4% | 811,292 | 1.7% |
| Queens | 780,117 | 812,213 | 4.1% | 821,523 | 1.1% |
| Staten Island | 165,516 | 170,065 | 2.7% | 171,660 | 0.9% |
| **New York City** | **3,109,784** | **3,240,290** | **4.2%** | **3,289,804** | **1.5%** |
| Source: CBRE Location Analytics & Mapping (LAM) | | | | | |

As illustrated in the previous table, the number of households in New York City has increased by 4.2% since 2010 and is expected to increase by 1.5% from 2020-2025. The number of households are expected to grow at the greatest rate in the Brooklyn borough over the next 5 years at 1.9%. According to CBRE (LAM) estimates, the slowest growth is expected to occur in Staten Island (0.9%).

## Income

The following chart below describes the income trends across the five boroughs of New York City.



| NEW YORK CITY MEDIAN HOUSEHOLD INCOME DATA | | | | |
|---|---|---|---|---|
| | 2010 Census | 2020 Estimate | 2010-2020 % Change | 2025 Projection | 2020-2025 % Change |
| Bronx | $32,568 | $38,593 | 18.5% | $40,805 | 5.7% |
| Brooklyn | $49,522 | $62,050 | 25.3% | $68,247 | 10.0% |
| Manhattan | $75,009 | $88,043 | 17.4% | $99,415 | 12.9% |
| Queens | $62,344 | $69,474 | 11.4% | $75,362 | 8.5% |
| Staten Island | $82,915 | $85,344 | 2.9% | $92,313 | 8.2% |
| **New York City** | **$50,711** | **$65,069** | **28.3%** | **$71,551** | **10.0%** |
| Source: CBRE Location Analytics & Mapping (LAM) | | | | |

Over the last two decades, median household income across the five boroughs have increased dramatically. Of the five boroughs of New York City, Manhattan carries the highest median household income, followed by Staten Island and Queens. Over the next five-year period, the median household income within the boroughs is projected to grow within a range of 5.7% to 12.9%. Across the five boroughs, Manhattan is expected to see the highest income appreciation at 12.9%.

## Transportation

Transportation has been a major factor in the development of New York City. The city has a well-integrated network of highways with a well-developed mass transportation system which facilitates access for commuters as well as the distribution of goods and services through the region. Vehicular transportation in the region and the borough is facilitated through a network of highways while the Metropolitan Transit Authority operates a rail and bus network.

Two of the area airports, LaGuardia and JFK International Airports are both located within Queens. Within Manhattan, of the two major business areas, Midtown is more convenient in terms of commuting than Downtown due to its proximity to the commuter train system. While the automobile is the primary mode of transportation surrounding New York City, primary access in Manhattan is provided by mass transportation, specifically the subway system.

The Long Island Expressway, the Grand Central Parkway, and Belt Parkway facilitate vehicular access to the area. The Tri-borough Bridge, Queensboro, Brooklyn Bridge, Williamsburg Bridge, Manhattan Bridge, Midtown Tunnel and Brooklyn-Battery Tunnel provide access to Manhattan.

## ECONOMIC FORCES

With 223,860 full-time employees in 2020, the City Of New York serves as the area's largest employer. NYC Department of Education is the second largest employer in the area with 114,999 active employees and following third is the Metropolitan Transit Authority. The chart below shows the New York City's 15 largest employers.



| NEW YORK CITY LARGEST EMPLOYERS | | |
|---|---|---|
| **Ranking** | **Company Name** | **Number of Employees in New York City** |
| 1 | City Of New York* | 223,860 |
| 2 | NYC Department Of Education | 114,999 |
| 3 | Metropolitan Transit Authority | 74,087 |
| 4 | Northwell Health | 68,000 |
| 5 | NYC Health and Hospitals | 42,000 |
| 6 | Mount Sinai Health Systems | 38,000 |
| 7 | JP Morgan Chase | 37,000 |
| 8 | NYU Langone Health | 28,000 |
| 9 | Verizon | 26,800 |
| 10 | Montefiore Health System | 23,374 |
| 11 | New York Presbyterian Hospital | 20,000 |
| 12 | Citigroup Inc. | 15,000 |
| 13 | Memorial Sloan Kettering | 14,230 |
| 14 | Columbia University | 13,080 |
| 15 | Bank Of America | 13,000 |

*All New York City agencies, excluding Department Of Education
Data as of January 2020. Source(s): NYCOpenData, Bloomberg.com, Zippia.com

## EMPLOYMENT

The following chart outlines total employment and the composition of the different employment industries in New York City between 2010 and 2020.

| ANNUAL EMPLOYMENT BY INDUSTRY NEW YORK CITY 2010-2020 (000's) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Industry | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Avg. Ann. Growth | Total % Change |
| **Goods Producing** | **188.8** | **188.1** | **192.5** | **199.0** | **205.3** | **213.6** | **223.3** | **225.6** | **229.4** | **228.5** | **190.6** | **0.1%** | **1.0%** |
| Construction | 112.5 | 112.4 | 116.2 | 122.6 | 129.3 | 139.4 | 147.2 | 152.5 | 158.8 | 159.9 | 134.2 | 1.8% | 19.3% |
| Manufacturing | 76.3 | 75.7 | 76.3 | 76.4 | 76.0 | 74.2 | 76.1 | 73.1 | 70.6 | 68.6 | 56.5 | -2.4% | -26.0% |
| | | | | | | | | | | | | | |
| **Service Producing** | **3,522.7** | **3,610.6** | **3,693.0** | **3,782.8** | **3,898.5** | **3,997.1** | **4,122.5** | **4,202.6** | **4,323.0** | **4,425.5** | **3,953.7** | **1.1%** | **12.2%** |
| Trade, Transportation & Utilities | 559.1 | 574.7 | 589.3 | 603.8 | 618.4 | 630.4 | 634.3 | 631.2 | 639.4 | 548.0 | -0.2% | -2.0% |
| Information | 166.0 | 170.9 | 175.8 | 179.6 | 184.5 | 186.2 | 192.6 | 197.1 | 204.4 | 208.9 | 204.4 | 2.1% | 23.1% |
| Financial Activities | 428.6 | 439.5 | 439.1 | 437.9 | 448.8 | 458.1 | 465.9 | 469.8 | 474.7 | 471.9 | 459.7 | 0.7% | 7.3% |
| Prof. & Business Services | 575.8 | 598.3 | 620.4 | 643.6 | 668.9 | 690.2 | 722.3 | 742.3 | 762.1 | 794.0 | 723.8 | 2.3% | 25.7% |
| Educational & Health Services | 752.4 | 769.2 | 786.2 | 813.2 | 846.6 | 877.3 | 928.7 | 963.4 | 1,006.2 | 1,052.9 | 1,002.8 | 3.0% | 33.3% |
| Leisure & Hospitality | 322.2 | 342.2 | 365.7 | 385.4 | 406.8 | 421.3 | 440.2 | 452.1 | 463.0 | 466.3 | 274.8 | -1.3% | -14.7% |
| Other Services | 160.6 | 165.2 | 170.4 | 174.9 | 179.5 | 187.1 | 190.1 | 191.5 | 193.1 | 196.6 | 165.3 | 0.3% | 2.9% |
| Government | 558.0 | 550.6 | 546.1 | 544.4 | 545.0 | 547.8 | 552.3 | 552.1 | 588.3 | 595.5 | 574.9 | 0.3% | 3.0% |
| | | | | | | | | | | | | | |
| **Total Employment** | **3,711.5** | **3,798.7** | **3,885.5** | **3,981.8** | **4,103.8** | **4,210.7** | **4,345.8** | **4,428.2** | **4,552.4** | **4,654.0** | **4,144.3** | **1.1%** | **11.7%** |
| | | | | | | | | | | | | | |
| **Employment Change** | | | | | | | | | | | | | |
| Goods Producing | -6.7% | -0.4% | 2.3% | 3.4% | 3.1% | 4.1% | 4.5% | 1.0% | 1.7% | -0.4% | -16.6% | | |
| Service Producing | 0.9% | 2.5% | 2.3% | 2.4% | 3.1% | 2.5% | 3.1% | 1.9% | 2.9% | 2.4% | -10.7% | | |
| Total Employment | 0.5% | 2.3% | 2.3% | 2.5% | 3.1% | 2.6% | 3.2% | 1.9% | 2.8% | 2.2% | -11.0% | | |

Source: US Bureau of Labor Statistics

While the table presented above indicates that annual total employment in the City of New York has varied notably since 2010, the total increase over the last decade holds at 11.7%. Over the last ten years, New York City has seen consistent employment growth; at almost 1.1% on an annual basis.



New York City is predominantly a service-oriented economy, with approximately 95% of the current employment within the services producing sector. In the period between 2010 and 2020, the services producing sector experienced average annual growth of 1.1%. The Goods Producing sector has experienced mixed performance, as the construction sector has grown while the manufacturing sector has slowed.

The following table and chart below illustrate the change in employment from the most recently reported month, over the same month of the previous year in NYC.

| | NON-AGRICULTURAL INSURED EMPLOYMENT BY MAJOR INDUSTRY DIVISION | | | | |
| | May 2020 to 2021 Comparison - Not Seasonally Adjusted | | | | |
| | NEW YORK CITY, NY | | | | |
| INDUSTRY | Average Employment May 2020 (000's) | 2020 SHARE % | Average Employment May 2021 (000's)(P) | 2021 Share % | CHANGE |
|---|---|---|---|---|---|
| Construction and Mining | 109.3 | 2.9% | 136.7 | 3.3% | 25.1% |
| Manufacturing | 43.3 | 1.1% | 53.1 | 1.3% | 22.6% |
| T.T.C.P.U.* | 451.1 | 11.9% | 534.1 | 12.8% | 18.4% |
| Information | 196.4 | 5.2% | 212.2 | 5.1% | 8.0% |
| F.I.R.E.** | 462.1 | 12.2% | 459.9 | 11.0% | -0.5% |
| Professional & Business Services | 680.1 | 17.9% | 715.1 | 17.2% | 5.1% |
| Educational & Health Services | 956.3 | 25.2% | 1,042.1 | 25.0% | 9.0% |
| Leisure & Hospitality | 181.3 | 4.8% | 273.1 | 6.6% | 50.6% |
| Other Services | 132.8 | 3.5% | 159.7 | 3.8% | 20.3% |
| Government | 583.2 | 15.4% | 579.0 | 13.9% | -0.7% |
| TOTALS | 3,795.9 | 100.0% | 4,165.0 | 100.0% | 9.7% |

*Trade, Transportation, & Public Utilities*     ** Finance/Insurance/Real Estate     (P) Preliminary data

Source: U.S. Bureau of Labor Statistics; Compiled by CBRE, Inc.



As of May 2021, total employment in New York City experienced a 9.7% increase from the prior year's figures. Eight of the ten sectors above posted annual increases in employment; this is a direct result of the resurgence in economic activity due to the improving conditions from the pandemic. As indicated above, Leisure & Hospitality experienced the largest gain in employment at 50.6% YoY. Leisure & Hospitality was the hardest hit sector during the initial stages of the pandemic, as such, this dramatic uptick in employment can be correlated to its resounding recovery. Other large improvements in employment were noted in the Construction And Mining (+25.1%) and Manufacturing (+22.6%) sectors. Educational & Health Services continues to hold



the largest share of employment in the area at 25.0%, this sector experienced a gain of 9.0% in employment.

## UNEMPLOYMENT RATE

The following table and chart detail the historical and current unemployment rate in New York City, New York State, and the country.

| UNEMPLOYMENT | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | May-20 | May-21 |
| New York City | 8.8% | 9.3% | 9.0% | 7.8% | 6.1% | 5.1% | 4.5% | 4.1% | 4.1% | 3.1% | 11.6% | 20.2% | 9.8% |
| New York | 8.6% | 8.3% | 8.1% | 6.7% | 5.5% | 4.8% | 4.6% | 4.4% | 4.0% | 3.7% | 8.1% | 15.7% | 6.9% |
| US | 9.6% | 8.9% | 7.6% | 6.5% | 5.4% | 4.8% | 4.5% | 3.9% | 3.7% | 3.4% | 6.5% | 11.2% | 5.5% |

May-21 Percentages are preliminary and not seasonally adjusted. Revised on June 30, 2021
Source: Bureau of Labor Statistics; Compiled by CBRE



Unemployment Insurance (UI) claims show millions of American workers, including hundreds of thousands of New York residents, struggling with COVID-19 in relation to economic hardship. Since March 2020, the U.S. economy has been grappling with the fallout of the COVID-19 pandemic. Amidst the worst of the pandemic, a total of over nearly 62 million Americans filed for unemployment insurance. This unemployment figure mirrors a level that is only comparable with the Great Depression. The downturn in the labor market was unique in that steep job losses were precipitated by a forced shutdown of the economy.

Several fiscal policies were implemented by the government to help counteract the economic pressures of the shutdown. The federal CARES Act stimulus package (expired on July 31st, 2020) helped enable a more sustainable recovery by providing liquidity support to businesses, including forgivable loans for small businesses, and capital to back new credit facilities for larger businesses. On December 21st, 2020, Congress passed a long-anticipated additional round of COVID relief legislation as part of the Bipartisan-Bicameral Omnibus COVID Relief Deal. This relief bill provides additional stimulus to individuals, businesses, and hospitals in response to the economic distress caused by the coronavirus (COVID-19) pandemic. On March 11th, 2021, a $1.9 trillion coronavirus relief packaged was signed into law. This mammoth of a package entails another stimulus payment, continued unemployment benefits, tax breaks, expanded child work



credits, funding for vaccine delivers, extended eviction ban, and additional money for state, local, and tribal governments.

According to the Bureau of Labor Statistics, for the month ending May 2021, the national unemployment rate held 570-basis points lower compared to the year month prior, to 5.5%. This improved unemployment figure is correlated with the ongoing recovery of business activity across the nation. The data also indicates a growing improvement as the vaccine rollout continues to progress in the nation. The beginning of a vaccination campaign in the US and worldwide represents hope that such efforts will deliver concrete results in the near future. Furthermore, as the recent data shows, the unemployment rate within New York also improved in May 2021, falling 880 basis points from the previous month, to 6.9%. Lastly, the unemployment rate in NYC continues to hold at an elevated level compared to the state and nation, at 9.8%. This unemployment rate largely reflects the jobs held by New York City residents, while the job data portrayed in the previous section reflects jobs located within the city itself; many of which, are held by non-New York City residents. Recent UI claims continue to reflect the widespread economic hardship for the city's workforce as hospitality, retail/food, entertainment, health care, construction, manufacturing, and other predominately non-office-using industries have made up the majority of the cumulative claims. Many employers, primarily in the aforementioned sectors, were forced to cut most of their payroll as job losses mounted in relation to loan payments, fixed costs, and loss in revenue. As the data shows, the unemployment rate in New York City has increased to a level that is significantly higher than the jobless trend of the state and nation. Overall, we expect unemployment to remain high within NYC, NYS, and the nation for the near term and through 2021.

## CONCLUSION

Entering 2020, market participants forecasted positive economic growth throughout most of the New York City marketplace towards the end of 2020. They typically cited the resurgence in the technology sector of the marketplace, as well as, the status of New York City as the dominant financial center in the world. In mid-March 2020, NYS emerged as the U.S. epicenter of the public health crisis that has impacted the globe, with which service-oriented industries have taken the brunt of the COVID-19 outbreak. New York City began a phased reopening in summer 2020 and as of May 19th, 2021 New York State has lifted the statewide mask mandate for fully vaccinated persons in regards to most business and public settings, as well as the removal of most capacity restrictions. Although the vaccination campaign has encouraged optimism, businesses and workplaces will still take time to return to normal, and we expect a negative growth outlook through 2021 as New York City, the state, and the nation continues to regain footing that was lost to the pandemic.



# Neighborhood Analysis



## LOCATION

The subject property is situated within the TriBeCa neighborhood in Downtown Manhattan. TriBeCa, formerly industrial/textile neighborhood, has transformed into highly residential area filled with renovated lofts and luxury buildings.

## BOUNDARIES

The neighborhood boundaries are detailed as follows:

North:  Canal Street
South:  Vesey Street
East:   Broadway
West:   West Street

## LAND USE

According to the New York City Department of City Planning, the TriBeCa neighborhood falls within Manhattan Community District 1. A summary of the various land uses in the community district is provided below.



# Manhattan Community District 1



**Neighborhoods¹:** Battery Park City, Civic Center, Ellis Island, Governors Island, Liberty Island, South Street Seaport, Tribeca, Wall Street, World Trade Center



LAND USE MAP

| Land Use Category | # Lots | % Lot Area |
|---|---|---|
| 1 & 2 Family Bldgs | 33 | 0% |
| Multifamily Walk-up | 64 | 0% |
| Multifamily Elevator | 172 | 5% |
| Mixed Use | 576 | 11% |
| Commercial | 349 | 22% |
| Industrial | 81 | 1% |
| Transportation/Utility | 37 | 12% |
| Public/Institutional | 70 | 28% |
| Open Space | 25 | 4% |
| Parking | 24 | 1% |
| Vacant | 33 | 0% |
| Other | 17 | 15% |

Source: PLUTO 18v2

¹Neighborhoods may be in multiple districts. Names and boundaries are not officially designated. ²2000 US Census; ³2010 US Census; ⁴American Community Survey 2012-2016 5-Year Estimates,

The land use pattern in TriBeCa is best noted as an amalgam of dense city blocks containing high-rise commercial buildings, low-to mid-rise residential buildings, institutional facilitates, converted industrial/commercial corridors, street-front retail stores, and a variety of open spaces. Many of the streets in TriBeCa are lined with commercial buildings and former warehouses. Most properties in the area are characterized as residential with grade level retail along avenue frontages. Older residential stock in the neighborhood consists primarily of pre-war loft-style walk-ups; these buildings tend to be no more than 12 stories tall, with a vast majority the properties being smaller buildings. Modern residential buildings are scattered throughout the neighborhood, most of which are the product of an increasing trend in loft conversions from older industrial buildings. High-rise residential buildings in TriBeCa have been relatively sparse, however, have gained traction as of late. Some examples include; an 82-story, Robert A.M. Stern-designed building at 30 Park Place, a 60-story skyscraper at 56 Leonard Street (Jenga Building), a 64-story condo at 111 Murray Street, etc.).



## DEMOGRAPHICS

Selected neighborhood demographics in  from the subject are shown in the following table:

| SELECTED NEIGHBORHOOD DEMOGRAPHICS | | |
|---|---|---|
| 43 Park Place<br>New York, NY 10007 | 10007 - New York | New York County |
| Population | | |
|    2025 Total Population | 8,104 | 1,676,284 |
|    2020 Total Population | 7,820 | 1,650,033 |
|    2010 Total Population | 7,126 | 1,585,873 |
|    2000 Total Population | 3,602 | 1,537,195 |
|    *Annual Growth 2020 - 2025* | *0.72%* | *0.32%* |
|    *Annual Growth 2010 - 2020* | *0.93%* | *0.40%* |
|    *Annual Growth 2000 - 2010* | *7.06%* | *0.31%* |
| Households | | |
|    2025 Total Households | 3,349 | 811,292 |
|    2020 Total Households | 3,226 | 797,526 |
|    2010 Total Households | 2,894 | 763,846 |
|    2000 Total Households | 1,261 | 738,644 |
|    *Annual Growth 2020 - 2025* | *0.75%* | *0.34%* |
|    *Annual Growth 2010 - 2020* | *1.09%* | *0.43%* |
|    *Annual Growth 2000 - 2010* | *8.66%* | *0.34%* |
| Income | | |
|    2020 Median Household Income | $200,001 | $88,043 |
|    2020 Average Household Income | $304,336 | $146,135 |
|    2020 Per Capita Income | $126,977 | $70,907 |
|    2020 Pop 25+ College Graduates | 4,390 | 788,983 |
| Age 25+ Percent College Graduates - 2020 | 83.1% | 63.3% |

Source: ESRI

## CONCLUSION

The TriBeCa area contains buildings previously occupied by industrial or loft office users, that have been and continue to be converted to modern residential buildings, with new construction taking place wherever land/demolition permits. The quality and condition of most improvements within the subject neighborhood vary from fair to good, and the area is well served by mass transit. As shown above, the subject neighborhood has experienced positive increases in population and the number of households since at least 2000. This trend is expected to continue over the next five years with an annual growth that exceeds New York County. The income demographics of the neighborhood are substantially higher than the overall New York County; TriBeCa is likely to remain as one of the most expensive areas in the city.



**PLAT MAP**





## FLOOD PLAIN MAP





# Site Analysis

The following chart summarizes the salient characteristics of the subject site.

| SITE SUMMARY | | |
|---|---|---|
| **Physical Description** | | |
| Site Area | 0.28 Acres | 12,247 Sq. Ft. |
| Primary Road Frontage | Park Place | 136 Feet |
| Shape | Rectangular | |
| Topography | Generally Level | |
| Zoning District | C6-4/LM | |
| Flood Map Panel No. & Date | 3604970184F | 5-Sep-07 |
| Flood Zone | Zone X (Unshaded) | |
| Adjacent Land Uses | Commercial and residential uses | |
| Earthquake Zone | N/A | |
| **Comparative Analysis** | **Rating** | |
| Visibility | Average | |
| Functional Utility | Average | |
| Traffic Volume | Average | |
| Adequacy of Utilities | Assumed adequate | |
| Landscaping | Average | |
| Drainage | Assumed adequate | |
| **Utilities** | **Provider** | **Availability** |
| Water | City of New York | Yes |
| Sewer | City of New York | Yes |
| Natural Gas | National Grid | Yes |
| Electricity | Con Edison | Yes |
| Telephone | Various | Yes |
| Mass Transit | Metropolitan Transit Authority | Yes |

Source: Various sources compiled by CBRE

## INGRESS/EGRESS

Ingress and egress is available to the site via Park Place.

## EASEMENTS AND ENCROACHMENTS

There are no known easements or encroachments impacting the site that are considered to affect the marketability or highest and best use. It is recommended that the client/reader obtain a current title policy outlining all easements and encroachments on the property, if any, prior to making a business decision.



## COVENANTS, CONDITIONS AND RESTRICTIONS

There are no known covenants, conditions or restrictions impacting the site that are considered to affect the marketability or highest and best use.  It is recommended that the client/reader obtain a copy of the current covenants, conditions and restrictions, if any, prior to making a business decision.

## ENVIRONMENTAL ISSUES

The appraiser is not qualified to detect the existence of potentially hazardous material or underground storage tanks which may be present on or near the site.  The existence of hazardous materials or underground storage tanks may affect the value of the property.  For this appraisal, CBRE, Inc. has specifically assumed that the property is not affected by any hazardous materials that may be present on or near the property.

## ADJACENT PROPERTIES

The adjacent land uses are summarized as follows:

| | |
|---|---|
| North: | 50 Murray Street – Luxury Apartment Building |
| South: | 100 Church Street – Luxury Apartment Building |
| East: | 50 Murray Street – Luxury Apartment Building |
| West: | 53 Park Place – Luxury Apartment Building |

## CONCLUSION

The site is well located.  There are no known factors negatively affecting the marketability of the subject site.



## IMPROVEMENTS LAYOUT – FIRST FLOOR



19



## IMPROVEMENTS LAYOUT – SECOND FLOOR





## IMPROVEMENTS LAYOUT – THIRD FLOOR





## IMPROVEMENTS LAYOUT – FOURTH FLOOR





## IMPROVEMENTS LAYOUT – FIFTH FLOOR





## IMPROVEMENTS LAYOUT – 6-11 FLOORS





## IMPROVEMENTS LAYOUT – 12TH FLOOR





## IMPROVEMENTS LAYOUT – 13TH FLOOR





## IMPROVEMENTS LAYOUT – 14TH – 18TH FLOORS





**IMPROVEMENTS LAYOUT – 19TH FLOOR**





# Improvements Analysis

The following chart shows a summary of the improvements.

| IMPROVEMENTS SUMMARY | |
|---|---|
| Property Type | Condominium   (Multi-family Mid/High Rise) |
| Number of Buildings | 1 |
| Number of Stories | 43 |
| Year Built | 2022 |
| Gross Building Area | 155,616 SF |
| Residential Area | 111,933 SF |
| Commercial Area | 788 SF |
| Number of Units | 50 |
| Average Unit Size | 2,239 SF |
| Source:  Various sources compiled by CBRE | |

| UNIT MIX | | | | | |
|---|---|---|---|---|---|
| Unit Mix/Type | Comments | No. Units | Percent of Total | Unit Size (SF) | NRA (SF) |
| One Bedroom | | 9 | 18.0% | 880 | 7,920 |
| Two Bedroom | | 14 | 28.0% | 1,539 | 21,539 |
| Three Bedroom | | 14 | 28.0% | 2,431 | 34,030 |
| Four Bedroom | | 11 | 22.0% | 3,415 | 37,562 |
| Five Bedroom | | 2 | 4.0% | 5,441 | 10,882 |
| Total/Average: | | 50 | 100.0% | 2,239 | 111,933 |
| Source:  Various sources compiled by CBRE | | | | | |

## YEAR BUILT

The subject is expected to be completed by 2023.

## FOUNDATION/FLOOR STRUCTURE

The foundation is assumed to be of adequate load-bearing capacity to support the improvements. The floor structure is summarized as follows:

Ground Floor:        Concrete slab on compacted fill

Other Floors:        Concrete

## EXTERIOR WALLS

The exterior walls will be glass and steel curtain.



## ROOF COVER

The building will feature a flat roof with a rubberized membrane cover

## ELEVATOR/STAIR SYSTEM

The subject will contain two sets of stairs and two elevators.

## HVAC

The HVAC system is assumed to be adequate upon completion.

## UTILITIES

Each unit will be individually metered for electrical usage. Individual unit owners will be responsible for electrical usage in their units.

## SECURITY

The subject will have a 24-hour attended door.

## LIFE SAFETY AND FIRE PROTECTION

It is assumed the proposed improvements will have adequate fire alarm systems, fire exits, fire extinguishers, fire escapes and/or other fire protection measures to meet local fire marshal requirements. CBRE, Inc. is not qualified to determine adequate levels of safety & fire protection, whereby it is recommended that the client/reader review available permits, etc. prior to making a business decision.

## PROJECT AMENITIES

Project amenities will include an indoor lap pool, resident lounge, game room, fitness center, yoga/barre studio and a children's playroom.

## UNIT AMENITIES

Apartments will feature Gaggenau stainless steel appliances, Whirlpool washer/dryer, white Corian countertops, white Carrera marble radiant bathroom floors and 11- to 12-foot ceilings.

## SITE AMENITIES

### Parking and Drives

There is no parking included in the collateral of the appraisal.

### Landscaping

There will be no landscaping at the subject.



## FUNCTIONAL UTILITY

All of the proposed floor plans are considered to feature functional layouts and the layout of the overall project is considered functional in utility. Therefore, the unit mix is also functional and no conversion is warranted to the proposed improvements.

## ADA COMPLIANCE

All common areas of the proposed property appear to have handicap accessibility. The client/reader's attention is directed to the specific limiting conditions regarding ADA compliance.

## FURNITURE, FIXTURES AND EQUIPMENT

The condominium units will be sold on an unfurnished basis.

## ENVIRONMENTAL ISSUES

CBRE, Inc. is not qualified to detect the existence of any potentially hazardous materials such as lead paint, asbestos, urea formaldehyde foam insulation, or other potentially hazardous construction materials on or in the improvements. The existence of such substances may affect the value of the property. For the purpose of this assignment, we have specifically assumed there are no hazardous materials that would cause a loss in value to the subject.

## DEFERRED MAINTENANCE

The proposed improvements represent new construction and no deferred maintenance is anticipated upon completion.

## ECONOMIC AGE AND LIFE

CBRE, Inc.'s estimate of the subject improvements effective age and remaining economic life is depicted in the following chart:

| ECONOMIC AGE AND LIFE | |
| --- | --- |
| Actual Age | 0 Years |
| Effective Age | 0 Years |
| MVS Expected Life | 55 Years |
| Remaining Economic Life | 55 Years |
| Accrued Physical Incurable Depreciation | 0.0% |
| Compiled by CBRE | |

The remaining economic life is based upon our on-site observations and a comparative analysis of typical life expectancies as published by Marshall and Swift, LLC, in the Marshall Valuation Service cost guide. While CBRE, Inc. did not observe anything to suggest a different economic life, a capital improvement program could extend the life expectancy.



**CONCLUSION**

Upon completion, the improvements are assumed to be in excellent overall condition. Overall, there are no known factors that adversely impact the marketability of the improvements.



# Zoning

The following chart summarizes the subject's zoning requirements.

| ZONING SUMMARY | |
|---|---|
| Current Zoning | C6-4/Special Lower Manhattan District (LM) |
| Legally Conforming | Yes |
| | C6 General Central Commercial Districts |
| Uses Permitted | These districts are designed to provide for the wide range of resiential, retail, office, amusement service, custom manufacturing, and related uses normally found in the central business district and regional commercial centers but to exclude non-retail uses which generate a large volume of trucking. |
| Zoning Change | Not likely |

| Category | Zoning Requirement |
|---|---|
| Maximum FAR/Density | 11.38 : 1 |
| Subject's FAR | 10.97 : 1 |
| Source:  Planning & Zoning Dept. | |

## ANALYSIS AND CONCLUSION

The proposed improvements represent a legally conforming use and, if damaged, may be restored without special permit application.  Additional information may be obtained from the appropriate governmental authority.  For purposes of this appraisal, CBRE has assumed the information obtained is correct.  The following chart indicates the subject floor area schedule.



## FLOOR AREA SCHEDULE

(AVERAGE CURB

| BUILDING LEVEL | FLOOR | PROGRAM | USE GROUP | GROSS SF | ZONING DEDUCTIONS | ZONING SF | FLOOR HEIGHT (ft.) | BUILDING HEIGHT (ft.) |
|---|---|---|---|---|---|---|---|---|
| SUBCELLAR | | SUB CELLAR - RES | 2 | 3,317 | 3,317 | | 9'-6" | |
| | | SUB CELLAR - RES ACCESSORY | 2 | 6653 | 6653 | | | |
| | | SUB TOTAL | | 9,970 | 9,970 | 0 | | |
| CELLAR | | CELLAR - RES | 2 | 3,066 | 3,066 | 0 | 12'10 | |
| | | CELLAR - RES ACCESSORY | 2 | 2,484 | 2,484 | 0 | | |
| | | SUB TOTAL | | 5,550 | 5,550 | 0 | | |
| FIRST FLOOR | | 01 - RES ACCESSORY | 2 | 3,365 | 101 | 3,264 | 28 | 28 |
| | | 01 - RETAIL 1 | 6A | 427 | 16 | 411 | | |
| | | 01 - RETAIL 2 | 6A | 702 | 24 | 678 | | |
| | | SUB TOTAL | | 4494 | 141 | 4,353 | | |
| FIRST FLOOR MEZZANINE | | 01M - RES MECH | 2 | 1,204 | 1,204 | 0 | 0 | 0 |
| | | SUB TOTAL | | 1204 | 1,204 | 0 | | |
| 2nd FLOOR | | 02 - RES ACCESSORY | 2 | 4,257 | 114 | 4,143 | 28 | 56 |
| | | SUB TOTAL | | 4,257 | 114 | 4,143 | | |
| 3rd FLOOR | | 3 - RES | 2 | 3,863 | 228 | 3,635 | 16 | 56 |
| 4th FLOOR | | 4 - RES | 2 | 3,636 | 228 | 3,408 | 16 | 72 |
| 5th FLOOR | | 5 - RES | 2 | 3,645 | 228 | 3,417 | 16 | 88 |
| 6th FLOOR | | 6 - RES | 2 | 3,645 | 228 | 3,417 | 16 | 104 |
| 7th FLOOR | | 7 - RES | 2 | 3,645 | 228 | 3,417 | 16 | 120 |
| 8th FLOOR | | 8 - RES | 2 | 3,645 | 228 | 3,417 | 16 | 136 |
| 9th FLOOR | | 9 - RES | 2 | 3,655 | 228 | 3,427 | 16 | 152 |
| 10th FLOOR | | 10 - RES | 2 | 3,655 | 228 | 3,427 | 16 | 168 |
| 11th FLOOR | | 11 - RES | 2 | 3,659 | 228 | 3,431 | 16 | 184 |
| 12th FLOOR | | 12 - RES MECH | 2 | 4,259 | 4,259 | 0 | 20 | 200 |
| 13th FLOOR | | 13 - RES | 2 | 3,888 | 226 | 3,662 | 12 | 220 |
| 14th FLOOR | | 14 - RES | 2 | 3,888 | 226 | 3,662 | 12 | 232 |
| 15th FLOOR | | 15 - RES | 2 | 3,888 | 226 | 3,662 | 12 | 244 |
| 16th FLOOR | | 16 - RES | 2 | 3,888 | 226 | 3,662 | 12 | 256 |
| 17th FLOOR | | 17 - RES | 2 | 3,888 | 226 | 3,662 | 12 | 268 |
| 18th FLOOR | | 18 - RES | 2 | 3,888 | 226 | 3,662 | 12 | 280 |
| 19th FLOOR | | 19 - RES | 2 | 3,888 | 226 | 3,662 | 16 | 292 |
| 20th FLOOR | | 20 - RES | 2 | 3,987 | 212 | 3,775 | 12 | 308 |
| 21st FLOOR | | 21 - RES | 2 | 3,987 | 212 | 3,775 | 12 | 320 |
| 22nd FLOOR | | 22 - RES | 2 | 3,987 | 207 | 3,780 | 12 | 332 |
| 23rd FLOOR | | 23 - RES | 2 | 3,987 | 207 | 3,780 | 12 | 344 |
| 24th FLOOR | | 24 - RES | 2 | 3,987 | 207 | 3,780 | 12 | 356 |
| 25th FLOOR | | 25 - RES | 2 | 3,987 | 207 | 3,780 | 16 | 368 |
| 26th FLOOR | | 26 - RES | 2 | 3,664 | 202 | 3,462 | 12 | 384 |
| 27th FLOOR | | 27 - RES | 2 | 3,664 | 202 | 3,462 | 12 | 396 |
| 28th FLOOR | | 28 - RES | 2 | 3,664 | 202 | 3,462 | 12 | 408 |
| 29th FLOOR | | 29 - RES | 2 | 3,664 | 202 | 3,462 | 12 | 420 |
| 30th FLOOR | | 30 - RES | 2 | 3,664 | 202 | 3,462 | 12 | 432 |
| 31st FLOOR | | 31 - RES | 2 | 3,664 | 189 | 3,475 | 12 | 444 |
| 32nd FLOOR | | 32 - RES | 2 | 3,664 | 189 | 3,475 | 12 | 456 |
| 33rd FLOOR | | 33 - RES | 2 | 3,664 | 189 | 3,475 | 12 | 468 |
| 34th FLOOR | | 34 - RES | 2 | 3,664 | 189 | 3,475 | 12 | 480 |
| 35th FLOOR | | 35 - RES | 2 | 3,664 | 189 | 3,475 | 16 | 492 |
| 36th FLOOR | | 36 - RES | 2 | 2,955 | 170 | 2,785 | 16 | 508 |
| 37th FLOOR | | 37 - RES | 2 | 3,326 | 199 | 3,127 | 12 | 524 |
| 38th FLOOR | | 38 - RES | 2 | 3,326 | 199 | 3,127 | 12 | 536 |
| 39th FLOOR | | 39 - RES | 2 | 2,955 | 171 | 2,784 | 17 | 548 |
| 40th FLOOR | | 40 - RES MECH | 2 | 2,955 | 2,955 | 0 | 16 | 565 |
| 41st FLOOR | | 41 - RES MECH | 2 | 2,955 | 2,955 | 0 | 13 | 581 |
| 42nd FLOOR | | 42 - RES ROOF | 2 | 2,104 | 2,104 | 0 | 24 | 594 |
| 43rd FLOOR | | 43 - RES BMU | 2 | | | | 23 | 618 |
| | | SUB TOTAL | | 145,661 | 19,853 | 125,808 | | 641 |
| | | TOTAL RESIDENTIAL | | 170,007 | 36,792 | 133,215 | | |
| | | TOTAL COMMERCIAL | | 1,129 | 40 | 1,089 | | |
| | | TOTALS | | 171,136 | 36,832 | 134,304 | | |



**ZONING MAP**





# Tax and Assessment Data

The subject will be reassessed upon completion. The subject's real estate taxes will be further discussed in the condominium sellout analysis.



# Market Analysis

## ECONOMIC IMPACT OF COVID-19

As of the current date of value and the date of this report, the nation, region, and market area continue to be impacted by the COVID-19 pandemic. In this section we provide a brief overview of the observed and anticipated impacts of COVID-19 from a macroeconomic perspective based on various CBRE sources.

In this section, we briefly present the "House View" developed by CBRE Econometric Advisors (CBRE-EA) including recent trends in the pandemic and its continued impact on the economy. The following chart illustrates GDP and acitivty:

U.S. Economic Activity Indicator



Source: CBRE Research, 3 February 2021.

COVID-19 testing continued to increase in the US through January and there was a notable decline in the rate of positive cases. We are also seeing a decrease in hospitalization and deaths per day, following increased numbers over Q4 2020. While COVID-related metrics are trending in a positive direction more recently, the slower than anticipated roll-out of the COVID-19 vaccine, along with the arrival of new virus variants, has the potential to dampen economic recovery 1H 2021.  Based upon the pace of vaccination, it is unlikely that the US will see a much anticipated "return to normalcy" until the second half of 2021.

Despite the slowed recovery noted in late 2020, economic indicators into the first quarter of 2021 point toward continued economic expansion.  CBRE anticipates strong recovery into the 3rd quarter of 2021, slowing to a more normal rate at the end of 2021 into 2022, as illustrated below.



## THE SHAPE OF THE RECOVERY
U.S. GDP growth forecast by CBRE House-View



Source: CBRE House-View, January 2021.

A full recovery is dependent on when the US returns to a sense of normalcy. While there has been a gradual easing of restrictions, many across the US continue under work-from-home conditions and many schools remain under remote learning. In addition, social distancing and restrictions on large gatherings continue throughout the US. While a surge in cases during the second half of 2020 delayed reopening progress, many states have been relaxing restrictions and are experiencing various levels of reopening of businesses, schools, offices, and restaurants. The pandemic has impacted the hospitality, travel, and retail industries most heavily since its outset in March 2020. The late 2020 resurgence of the virus coupled with more limited outdoor dining due to winter weather has further delayed recovery of jobs within these sectors.

### KEY TAKEAWAYS, OBSERVATIONS AND CONCLUSIONS
The following points summarize key points from CBRE-EA and CBRE's Americas Research:

- The impact from COVID-19 has continued to persist. Initial macroeconomic projections for stabilization late 2020 have been prolonged due to the rise in cases following initial reopening efforts in Q2 2020 (paused growth and rise in cases late 2020) as well as the emergence of new variant strains of the virus and slow vaccination rollout.

- Unemployment has continued to improve from its April 2020 highs, however, the gap between current and pre-pandemic levels remains. January 2021 unemployment figures marked a return to gains after a one-month lull in December that saw the first negative number since the recovery began in May.

- Fiscal and monetary supply for the economy have been unprecedented and, together with pent-up demand, are expected to enable a relatively sustained return to normalcy once health-oriented concerns are alleviated.



- The Fed's role in stabilizing the U.S. economy has been immense, including purchases of corporate debt at levels not seen in the Great Financial Crisis. The Fed's balance sheet has jumped to over $7.4 trillion in early February 2021, up from just over $4 trillion at the beginning of 2020.

- The Coronavirus Aid, Relief, and Economic Security (CARES) Act and the Coronavirus Response and Relief Supplemental Appropriations Act of 2021 have provided trillions in economic assistance to American workers, families, and businesses.

- Consumer confidence metrics are strong in early 2021, particularly in manufacturing.

- Mortgage rates continue to be at historic lows and house prices continue to surge in US despite the pandemic.

- Values on commercial real estate are viewed to be broadly resilient over the coming year, but with significant variation based on sector, location and profile.

- Leasing activity across most commercial real estate is anticipated to remain slowed in the first half of 2021 followed by an expectation for increased demand and activity in later 2021 into 2022.

- Commercial real estate debt markets have been evolving rapidly and dramatically since the COVID crisis. Loan spreads then narrowed significantly. Now, deal terms are sector and property-specific. Top end core properties can see historically low terms whereas value-add and riskier deals are seeing widened spreads and higher overall rates. Adequate capital still exists from banks, life companies and the GSEs, while the CMBS market remains in recovery mode and debt funds vary depending on their capital sources.

- There will be short term disruptions, depending on sector and asset type that may include rent collections, abatement/relief negotiations, near-term vacancies, muted rent growth, and prolonged lease-up.

- Most property types are impacted, though sectors faring better than others include single family housing, net leased investments, industrial (particularly warehouse/logistics and cold storage), multi-family, data centers, and life sciences. Other sectors continue to display various levels of caution in activity and underwriting.

- Sale and lease transaction volume continue to be slow in early 2021as buyers and tenants continue to navigate this period of uncertainty.

- The impact and recovery will vary by city and by property type.



## CONDOMINIUM MARKET

A summary of the Manhattan condominium historical market statistics by Douglas Elliman is presented on the following table:

| | MANHATTAN RESIDENTIAL CONDOMINIUM HISTORICAL STATISTICS | | | | | |
|---|---|---|---|---|---|---|
| Qtr/Yr | Average Sales Price | % Difference | Average Price Per SF | % Difference | # of Sales | % Difference |
| **1Q21** | **$2,414,982** | **-10.48%** | **$1,714** | **-9.69%** | **1086** | **20.40%** |
| 4Q20 | $2,697,688 | -20.47% | $1,898 | -5.85% | 902 | 47.39% |
| 3Q20 | $3,392,177 | 26.01% | $2,016 | 0.10% | 612 | -0.65% |
| 2Q20 | $2,691,973 | 4.03% | $2,014 | 4.73% | 616 | -39.61% |
| 1Q20 | $2,587,682 | -2.07% | $1,923 | -6.97% | 1020 | 0.10% |
| 4Q19 | $2,642,424 | 11.64% | $2,067 | 5.89% | 1019 | -5.39% |
| 3Q19 | $2,366,833 | -16.55% | $1,952 | -6.02% | 1077 | -26.98% |
| 2Q19 | $2,836,370 | -15.28% | $2,077 | -10.90% | 1475 | 72.31% |
| 1Q19 | $3,347,929 | 12.96% | $2,331 | 8.32% | 856 | -16.08% |
| 4Q18 | $2,963,804 | 11.35% | $2,152 | 12.49% | 1020 | -22.67% |
| 3Q18 | $2,661,716 | -10.40% | $1,913 | -9.55% | 1319 | 12.35% |
| 2Q18 | $2,970,576 | 11.00% | $2,115 | 6.33% | 1174 | 23.84% |
| 1Q18 | $2,676,281 | 0.81% | $1,989 | 1.22% | 948 | -19.18% |
| 4Q17 | $2,654,848 | -2.60% | $1,965 | -2.72% | 1173 | -21.43% |
| 3Q17 | $2,725,706 | -12.72% | $2,020 | -3.81% | 1493 | 0.95% |
| 2Q17 | $3,122,946 | 3.64% | $2,100 | -1.59% | 1479 | 4.45% |
| 1Q17 | $3,013,276 | -3.45% | $2,134 | -7.22% | 1416 | 3.89% |
| 4Q16 | $3,121,095 | 5.78% | $2,300 | 6.19% | 1363 | 2.56% |
| 3Q16 | $2,950,460 | 6.96% | $2,166 | 4.49% | 1329 | -2.71% |
| 2Q16 | $2,758,468 | -4.47% | $2,073 | 0.58% | 1366 | -0.87% |
| 1Q16 | $2,887,440 | 7.96% | $2,061 | 1.78% | 1378 | -3.97% |
| 4Q15 | $2,674,436 | 15.30% | $2,025 | 12.44% | 1435 | -13.61% |
| 3Q15 | $2,319,470 | -3.95% | $1,801 | 13.34% | 1661 | 62.84% |
| 2Q15 | $2,414,761 | 11.94% | $1,589 | 3.86% | 1020 | -1.45% |
| 1Q15 | $2,157,129 | 2.52% | $1,530 | -1.42% | 1035 | -7.17% |

Source: Douglas Elliman, Compiled by CBRE



A breakdown of the current Manhattan condominium market is presented below:

| MANHATTAN CONDOMINIUM OVERVIEW | | | | | |
|---|---|---|---|---|---|
| | 1Q 2021 | % Change (QTR) | 4Q 2020 | % Change (YR) | 1Q 2020 |
| Average Sale Price | $2,414,982 | -10.5% | $2,697,688 | -6.7% | $2,587,682 |
| Average Price Per SF | $1,714 | -9.7% | $1,898 | -10.9% | $1,923 |
| Median Sale Price | $1,550,000 | -7.5% | $1,675,011 | -4.7% | $1,626,515 |
| Number of Sales | 1,086 | 20.4% | 902 | 6.5% | 1,020 |
| Average Days on Market | 159 | 19.5% | 133 | 21.4% | 131 |
| Average Discount from List Price | 4.8% | | 7.6% | | 7.5% |
| Listing Inventory | 3,490 | -13.7% | 4,046 | 8.0% | 3,230 |
| Months of Supply | 9.6 | -28.9% | 13.5 | 1.1% | 9.5 |
| Source: Douglas Elliman / Miller Samuel Inc. | | | | | |

As indicated above, key performance indicators in average sale prices, median sale prices, and average price per square foot have displayed quarterly declines. However, the number of sales improved by 20.4% QoQ to a total of 1,086. With the implementation of new fiscal policies (rent law, mansion tax, SALT tax) last year, has ultimately created a glut in inventory within the NYC condominium market. Furthermore, the ongoing market slowdown in response to the pandemic has recovered slightly in the recent quarter. Notably, statistics in listing discount, listing inventory, and months of supply have shown improvement from Q4.

A summary of the Manhattan condominium sales mix by Douglas Elliman is provided in the following table below:

| CONDOMINIUM SALES MIX | | |
|---|---|---|
| Condo Mix | Sales Share | Median Sales Price |
| Studio | 6.8% | $525,000 |
| 1 Bedroom | 33.1% | $945,000 |
| 2 Bedroom | 35.9% | $1,866,750 |
| 3 Bedroom | 16.3% | $3,000,000 |
| 4+ Bedroom | 7.8% | $6,250,000 |
| Source: Douglas Elliman / Miller Samuel Inc. | | |

The subject property is situated within the Tribeca condominium submarket as defined by REBNY. An anecdotal summary of the historical average sale price, inventory price, and median sale price for this submarket in Q4 2020 (most recent) is presented on the following table.

| TRIBECA CONDOMINIUM OVERVIEW | | | | | |
|---|---|---|---|---|---|
| | 4Q 2020 | % Change (QTR) | 3Q 2020 | % Change (YR) | 4Q 2019 |
| Average Sale Price | $4,762,578 | 9.41% | $4,352,963 | 15.72% | $4,115,660 |
| Average Sale Price Per SF | $1,857 | -10.98% | $2,086 | -12.24% | $2,116 |
| Median Sale Price | $3,497,049 | 2.57% | $3,409,274 | -5.42% | $3,697,500 |
| Number Of Sales | 42 | -8.70% | 46 | -26.32% | 57 |
| Source: Real Estate Board Of New York (REBNY) | | | | | |



As indicated above, the Tribeca condominium submarket posted a host of mix of performance indicators in Q4. The average sale price rose 9.41% from the previous quarter to $4,762,578. However, on a year-over-year basis, this sale price represents a premium of 15.72%. Conversely, average price per square foot realized an annual dip of 12.24% The number of sales reflect the only quarterly gain within the Tribeca, where total sales fell 8.70% from the previous quarter to 42.

## Conclusion

Fundamentals in the overall Manhattan market have been relatively stable over the last few years. In recent Q4 2020, the Tribeca submarket has started to exhibit signs of a rebound as, total number of sales propelled 17.52% from the previous quarter. The near-term outlook for the Manhattan market will be predicated on how long the consumer thinks it will take for the pandemic footprint to decline. Leading up to COVID-19, NYC's multi-family market had also been hit with a plethora of fiscal policies that were implemented in 2019; further deterring the demand for higher priced assists. As COVID-19 continues to disproportionally impact the economy, the near-term prognosis in NYC is to have weaker demand, though, signs for a gradual recovery has gained traction.



# Highest and Best Use

In appraisal practice, the concept of highest and best use represents the premise upon which value is based. The four criteria the highest and best use must meet are:

- legally permissible;
- physically possible;
- financially feasible; and
- maximally productive.

The highest and best use analysis of the subject is discussed below.

## AS VACANT

The property is zoned for residential use and is of sufficient size to accommodate various types of development. The immediate area includes various residential land uses. Considering the surrounding land uses, location attributes, legal restrictions and other factors, it is our opinion that a condominium use would be reasonable and appropriate. Specifically, it is our opinion that the highest and best use of the site, as if vacant, would be for a high-end residential condominium development with grade-level retail, time and circumstances warranting.

## AS IMPROVED

As improved, the subject is a partially completed condominium. The current use is legally permissible and physically possible. The improvements continue to contribute value to the property and based on our analysis, the existing use is financially feasible and the maximally productive use. Therefore, it is our opinion that the highest and best use of the subject, as improved, is the completion of the subject.



# Condominium Sellout

## DISCOUNTED SELLOUT METHODOLOGY

The Sales Comparison Approach in conjunction with a Discounted Sellout Analysis was utilized to estimate the market value of the subject property in this scenario. The Sales Comparison Approach is based on the principle of substitution; that is, when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property assuming no costly delay in making the substitution. The traditional appraisal technique involves collection and analysis of sales of various properties having as many similar characteristics to the property being evaluated as possible. The validity of this approach is dependent on the availability or quantity of this data and the relevancy or quality of this data. Therefore, an analysis of recent sales and current sales prices of similar condominium apartment units which are in the immediate subject area or similar areas was conducted to provide an indication of the per unit sales prices for the subject units.

The developments analyzed are considered to represent comparable/competitive end-product alternatives available to the prospective purchasers. We have utilized the best available data, as reflective of comparable condominium developments located in the subject area that would reflect a viable alternative to the typical purchaser profile. Adjustments were applied to reflect differentials between the comparable/competitive developments and the subject. This resulted in an adjusted sales price analysis thereby providing an indication of value that could be applied to the individual subject units.

These indications of value provided the estimates of the probable selling prices for the subject units. The individual unit prices were then totaled to determine the Gross Sellout (sum of the individual retail sales prior to deduction for sales expenses/holding costs and discount to present value). The Gross Sellout estimate is based on current market conditions and establishes total sales revenue of the subject units projected over a period. To convert a Gross Sellout to market value, a discounting process to account for selling expenses and holding costs during the absorption or sellout period of the units is required. The discounting process was calculated in three steps. First, an absorption period was estimated for the time necessary to sellout the condominium apartment units. Then, an estimation of sales expenses, holding costs and entrepreneurial profit were deducted from the gross sales proceeds to derive net sales proceeds. Finally, a discount rate was applied to the net sales proceed to reflect a return on debt and equity capital and yield the Market Value by the Discounted Sellout. This resulted in our estimate of the Discounted Value to a Single Purchaser, as of the date of value.

Below is the unit composition and projected pricing for the subject.





## Comparable Condominium Sales

The following map and table summarize the primary comparable data used in the valuation of the subject.





## Comparable One – 111 Murray Street

 

| Comparable Features | 111 Murray Street |
|---|---|
| **Building Characteristics** | |
| *Year Built* | 2018 |
| *Number of Stories* | 64 |
| *Number of Units* | 157 |
| **Amenities and Features** | |
| *Fitness Center* | Yes |
| *Swimming Pool* | Yes |
| *Common Outdoor Space* | Yes |
| *Parking* | No |
| *Service/Security* | Full Service |
| *421A* | No |
| CBRE | |

| 111 MURRAY STREET | | | | | | |
|---|---|---|---|---|---|---|
| **Sale Date** | **Unit** | **Bedroom** | **Bath** | **Size** | **$ Price** | **$PSF** |
| In Contract | #62East | 3 | 3.5 | 3,274 | $8,995,000 | $2,747 |
| In Contract | #55East | 3 | 4.5 | 3,126 | $8,800,000 | $2,815 |
| In Contract | #58 East | 3 | 3.5 | 2,993 | $7,950,000 | $2,656 |
| 5/20/2021 | #44A | 3 | 3.5 | 1,932 | $5,375,000 | $2,782 |
| 4/26/2021 | #53East | 3 | 4.5 | 3,037 | $7,400,000 | $2,437 |
| 4/20/2021 | #61East | 3 | 3.5 | 3,197 | $7,800,000 | $2,440 |
| 2/8/2021 | #53West | 4 | 5.5 | 3,330 | $9,300,000 | $2,793 |

Source: Streeteasy.com



| | | | | | | Building | Resale / Unit | | | | Adjusted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unit** | **$PSF** | **Conditions of Sale** | **Subtotal** | **Location** | | **Characteristics** | **Characteristics** | **421A** | **Amenities** | **Total** | **$PSF** |
| #62East | $2,747 | -5% | $2,610 | 0% | | 0% | -10% | 0% | 0% | -10% | $2,349 |
| #55East | $2,815 | -5% | $2,674 | 0% | | 0% | -5% | 0% | 0% | -5% | $2,541 |
| #58 East | $2,656 | -5% | $2,523 | 0% | | 0% | -5% | 0% | 0% | -5% | $2,397 |
| #44A | $2,782 | 0% | $2,782 | 0% | | 0% | 0% | 0% | 0% | 0% | $2,782 |
| #53East | $2,437 | 0% | $2,437 | 0% | | 0% | -5% | 0% | 0% | -5% | $2,315 |
| #61East | $2,440 | 0% | $2,440 | 0% | | 0% | -10% | 0% | 0% | -10% | $2,196 |
| #53West | $2,793 | 0% | $2,793 | 0% | | 0% | -5% | 0% | 0% | -5% | $2,653 |
| | | | | | | | | | | Adj. Average | $2,462 |

**111 MURRAY STREET ADJUSTMENT GRID**

All unclosed sales have been adjusted downward for conditions of sale. Units on floors 50 and up have been adjusted downward for unit characteristics.



## Comparable Two – 56 Leonard Street

 

| Comparable Features | 56 Leonard |
|---|---|
| **Building Characteristics** | |
| *Year Built* | 2015 |
| *Number of Stories* | 60 |
| *Number of Units* | 146 |
| **Amenities and Features** | |
| *Fitness Center* | Yes |
| *Swimming Pool* | Yes |
| *Common Outdoor Space* | Yes |
| *Parking* | No |
| *Service/Security* | Full Service |
| *421A* | No |
| CBRE | |

### 56 LEONARD

| Sale Date | Unit | Bedroom | Bath | Size | $ Price | $PSF |
|---|---|---|---|---|---|---|
| In Contract | #16AWest | 3 | 3.5 | 2,303 | $5,995,000 | $2,603 |
| In Contract | #39AE | 3 | 3.5 | 2,648 | $8,950,000 | $3,380 |
| In Contract | #34B East | 2 | 2.5 | 1,668 | $4,600,000 | $2,758 |
| In Contract | #23BE | 2 | 2.5 | 1,668 | $4,195,000 | $2,515 |

Source: Streeteasy.com



| 56 LEONARD ADJUSTMENT GRID | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit | $PSF | Conditions of Sale | Subtotal | Location | Building Characteristics | Resale / Unit Characteristics | 421A | Amenities | Total | Adjusted $PSF |
| #16AWest | $2,603 | -5% | $2,473 | 0% | 0% | -10% | 0% | 0% | -10% | $2,226 |
| #39AE | $3,380 | -5% | $3,211 | 0% | 0% | -10% | 0% | 0% | -10% | $2,890 |
| #34B East | $2,758 | -5% | $2,620 | 0% | 0% | -10% | 0% | 0% | -10% | $2,358 |
| #23BE | $2,515 | -5% | $2,389 | 0% | 0% | -10% | 0% | 0% | -10% | $2,150 |
| | | | | | | | | | Adj. Average | $2,406 |

CBRE

All unclosed sales have been adjusted downward for conditions of sale. All sales in 56 Leonard Street are loft-style units with vaulted ceilings. It has ben adjusted downward for unit characteristics.



## Comparable Three – 25 Park Row

 

| Comparable Features | 25 Park Row |
|---|---|
| **Building Characteristics** | |
| *Year Built* | 2019 |
| *Number of Stories* | 49 |
| *Number of Units* | 110 |
| **Amenities and Features** | |
| *Fitness Center* | Yes |
| *Swimming Pool* | Yes |
| *Common Outdoor Space* | Yes |
| *Parking* | Yes |
| *Service/Security* | Full Service |
| *421A* | No |
| CBRE | |

| 25 PARK ROW | | | | | | |
|---|---|---|---|---|---|---|
| Sale Date | Unit | Bedroom | Bath | Size | $ Price | $PSF |
| 3/25/2021 | #32C | 2 | 2.5 | 1,725 | $3,650,000 | $2,116 |
| 4/21/2021 | #28C | 2 | 2.5 | 1,725 | $3,550,000 | $2,058 |
| 4/28/2021 | #19A | 2 | 2.5 | 1,558 | $2,775,000 | $1,781 |
| 2/23/2021 | #29A | 3 | 3.0 | 1,808 | $3,950,000 | $2,185 |
| 2/18/2021 | #9A | 2 | 2.5 | 1,537 | $2,550,000 | $1,659 |
| 1/20/2021 | #39B | 3 | 3.5 | 2,187 | $5,590,000 | $2,556 |
| 2/3/2021 | #40B | 3 | 3.5 | 2,187 | $5,653,001 | $2,585 |
| 3/11/2021 | #38B | 3 | 3.5 | 2,187 | $5,540,000 | $2,533 |
| 4/27/2021 | #31A | 3 | 3.0 | 1,808 | $4,050,000 | $2,240 |
| 5/19/2021 | #35B | 3 | 3.5 | 2,187 | $5,200,000 | $2,378 |
| 5/20/2021 | #7E | 3 | 3.0 | 1,863 | $3,500,000 | $1,879 |
| 5/27/2021 | #33C | 2 | 2.5 | 1,725 | $3,800,000 | $2,203 |
| 6/4/2021 | #8E | 3 | 3.0 | 1,863 | $3,550,000 | $1,906 |

Source: Streeteasy.com



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**25 PARK ROW ADJUSTMENT GRID**

| Unit | $PSF | Conditions of Sale | Subtotal | Location | Building Characteristics | Resale / Unit Characteristics | 421A | Amenities | Total | Adjusted $PSF |
|---|---|---|---|---|---|---|---|---|---|---|
| #32C | $2,116 | 0% | $2,116 | 5% | 0% | 0% | 0% | 0% | 5% | $2,222 |
| #28C | $2,058 | 0% | $2,058 | 5% | 0% | 0% | 0% | 0% | 5% | $2,161 |
| #19A | $1,781 | 0% | $1,781 | 5% | 0% | 0% | 0% | 0% | 5% | $1,870 |
| #29A | $2,185 | 0% | $2,185 | 5% | 0% | 0% | 0% | 0% | 5% | $2,294 |
| #9A | $1,659 | 0% | $1,659 | 5% | 0% | 0% | 0% | 0% | 5% | $1,742 |
| #39B | $2,556 | 0% | $2,556 | 5% | 0% | 0% | 0% | 0% | 5% | $2,684 |
| #40B | $2,585 | 0% | $2,585 | 5% | 0% | 0% | 0% | 0% | 5% | $2,714 |
| #38B | $2,533 | 0% | $2,533 | 5% | 0% | 0% | 0% | 0% | 5% | $2,660 |
| #31A | $2,240 | 0% | $2,240 | 5% | 0% | 0% | 0% | 0% | 5% | $2,352 |
| #35B | $2,378 | 0% | $2,378 | 5% | 0% | 0% | 0% | 0% | 5% | $2,497 |
| #7E | $1,879 | 0% | $1,879 | 5% | 0% | 0% | 0% | 0% | 5% | $1,973 |
| #33C | $2,203 | 0% | $2,203 | 5% | 0% | 0% | 0% | 0% | 5% | $2,313 |
| #8E | $1,906 | 0% | $1,906 | 5% | 0% | 0% | 0% | 0% | 5% | $2,001 |

Adj. Average $2,268

CBRE

25 Park Row is in the Financial District, which has inferior income demographics than the subject's neighborhood. It has been adjusted upward for location.



## Comparable Four – 130 William Street




| Comparable Features | 130 William |
|---|---|
| **Building Characteristics** | |
| *Year Built* | 2020 |
| *Number of Stories* | 66 |
| *Number of Units* | 244 |
| **Amenities and Features** | |
| *Fitness Center* | Yes |
| *Swimming Pool* | Yes |
| *Common Outdoor Space* | Yes |
| *Parking Garage* | No |
| *Service/Security* | Full Service |
| *421A* | No |
| CBRE | |



## 130 WILLIAM

| Sale Date | Unit | Bedroom | Bath | Size | $ Price | $PSF |
|---|---|---|---|---|---|---|
| 4/2/2021 | #9C | 1 | 1.0 | 1,015 | $1,445,446 | $1,424 |
| 4/1/2021 | #27C | 2 | 2.0 | 1,037 | $2,224,407 | $2,145 |
| 4/2/2021 | #19C | 2 | 2.0 | 1,288 | $2,198,951 | $1,707 |
| 4/16/2021 | #42B | 2 | 2.5 | 1,472 | $3,536,432 | $2,402 |
| 4/23/2021 | #39A | 1 | 1.0 | 883 | $1,857,837 | $2,104 |
| 5/5/2021 | #42C | 1 | 1.0 | 802 | $1,710,191 | $2,132 |
| 5/13/2021 | #22C | 2 | 2.0 | 1,037 | $2,093,511 | $2,019 |
| 5/18/2021 | #43B | 2 | 2.5 | 1,263 | $2,938,659 | $2,327 |
| 5/18/2021 | #35B | 2 | 2.5 | 1,472 | $3,327,178 | $2,260 |
| 6/4/2021 | #38C | 2 | 2.0 | 1,060 | $2,478,970 | $2,339 |
| 6/11/2021 | #36B | 2 | 2.5 | 1,472 | $3,368,008 | $2,288 |
| 6/17/2021 | #20C | 2 | 2.0 | 1,288 | $2,219,316 | $1,723 |
| 6/1/2021 | #35A | 1 | 1.0 | 883 | $1,817,107 | $2,058 |
| 6/1/2021 | #48B | 1 | 1.0 | 812 | $1,822,199 | $2,244 |
| 3/31/2021 | #21C | 2 | 2.0 | 1,288 | $2,239,681 | $1,739 |
| 3/19/2021 | #38B | 2 | 2.5 | 1,472 | $3,329,209 | $2,262 |
| 2/26/2021 | #35D | 1 | 1.0 | 855 | $1,664,370 | $1,947 |
| 2/25/2021 | #10D | 1 | 1.0 | 863 | $1,155,245 | $1,339 |
| 2/25/2021 | #40D | 1 | 1.0 | 855 | $1,745,830 | $2,042 |
| 2/22/2021 | #25A | 1 | 1.0 | 872 | $1,496,359 | $1,716 |
| 2/19/2021 | #36D | 1 | 1.0 | 855 | $1,720,374 | $2,012 |
| 2/18/2021 | #34B | 2 | 2.5 | 1,472 | $3,153,647 | $2,142 |
| 2/18/2021 | #38A | 1 | 1.0 | 883 | $1,847,655 | $2,092 |
| 2/16/2021 | #37A | 1 | 1.0 | 883 | $1,837,472 | $2,081 |
| 1/22/2021 | #10C | 1 | 1.0 | 1,015 | $1,425,081 | $1,404 |

Source: Streeteasy.com

## 130 WILLIAM ADJUSTMENT GRID

| Unit | $PSF | Conditions of Sale | Subtotal | Location | Building Characteristics | Resale / Unit Characteristics | 421A | Amenities | Total | Adjusted $PSF |
|---|---|---|---|---|---|---|---|---|---|---|
| #9C | $1,424 | 0% | $1,424 | 5% | 0% | 0% | 0% | 0% | 5% | $1,495 |
| #27C | $2,145 | 0% | $2,145 | 5% | 0% | 0% | 0% | 0% | 5% | $2,252 |
| #19C | $1,707 | 0% | $1,707 | 5% | 0% | 0% | 0% | 0% | 5% | $1,793 |
| #42B | $2,402 | 0% | $2,402 | 5% | 0% | 0% | 0% | 0% | 5% | $2,523 |
| #39A | $2,104 | 0% | $2,104 | 5% | 0% | 0% | 0% | 0% | 5% | $2,209 |
| #42C | $2,132 | 0% | $2,132 | 5% | 0% | 0% | 0% | 0% | 5% | $2,239 |
| #22C | $2,019 | 0% | $2,019 | 5% | 0% | 0% | 0% | 0% | 5% | $2,120 |
| #43B | $2,327 | 0% | $2,327 | 5% | 0% | 0% | 0% | 0% | 5% | $2,443 |
| #35B | $2,260 | 0% | $2,260 | 5% | 0% | 0% | 0% | 0% | 5% | $2,373 |
| #38C | $2,339 | 0% | $2,339 | 5% | 0% | 0% | 0% | 0% | 5% | $2,456 |
| #36B | $2,288 | 0% | $2,288 | 5% | 0% | 0% | 0% | 0% | 5% | $2,402 |
| #20C | $1,723 | 0% | $1,723 | 5% | 0% | 0% | 0% | 0% | 5% | $1,809 |
| #35A | $2,058 | 0% | $2,058 | 5% | 0% | 0% | 0% | 0% | 5% | $2,161 |
| #48B | $2,244 | 0% | $2,244 | 5% | 0% | 0% | 0% | 0% | 5% | $2,356 |
| #21C | $1,739 | 0% | $1,739 | 5% | 0% | 0% | 0% | 0% | 5% | $1,826 |
| #38B | $2,262 | 0% | $2,262 | 5% | 0% | 0% | 0% | 0% | 5% | $2,375 |
| #35D | $1,947 | 0% | $1,947 | 5% | 0% | 0% | 0% | 0% | 5% | $2,044 |
| #10D | $1,339 | 0% | $1,339 | 5% | 0% | 0% | 0% | 0% | 5% | $1,406 |
| #40D | $2,042 | 0% | $2,042 | 5% | 0% | 0% | 0% | 0% | 5% | $2,144 |
| #25A | $1,716 | 0% | $1,716 | 5% | 0% | 0% | 0% | 0% | 5% | $1,802 |
| #36D | $2,012 | 0% | $2,012 | 5% | 0% | 0% | 0% | 0% | 5% | $2,113 |
| #34B | $2,142 | 0% | $2,142 | 5% | 0% | 0% | 0% | 0% | 5% | $2,250 |
| #38A | $2,092 | 0% | $2,092 | 5% | 0% | 0% | 0% | 0% | 5% | $2,197 |
| #37A | $2,081 | 0% | $2,081 | 5% | 0% | 0% | 0% | 0% | 5% | $2,185 |
| #10C | $1,404 | 0% | $1,404 | 5% | 0% | 0% | 0% | 0% | 5% | $1,474 |

Adj. Average $2,098



130 William Street is in the Financial District, which has inferior income demographics than the subject's neighborhood.  It has been adjusted upward for location.

## Comparable Five – 30 Park Place




| Comparable Features | 30 Park Place |
|---|---|
| **Building Characteristics** | |
| Year Built | 2016 |
| Number of Stories | 82 |
| Number of Units | 157 |
| **Amenities and Features** | |
| Fitness Center | Yes |
| Swimming Pool | Yes |
| Common Outdoor Space | Yes |
| Parking Garage | No |
| Service/Security | Full Service |
| 421A | No |
| CBRE | |

### 30 PARK PLACE

| Sale Date | Unit | Bedroom | Bath | Size | $ Price | $PSF |
|---|---|---|---|---|---|---|
| In Contract | #39J | 2 | 2.0 | 1,299 | $2,900,000 | $2,232 |
| 2/2/2021 | #57A | 4 | 4.5 | 2,811 | $6,840,000 | $2,433 |
| 5/12/2021 | #62A | 4 | 4.5 | 2,803 | $6,940,000 | $2,476 |

Source: Streeteasy.com

### 30 PARK PLACE ADJUSTMENT GRID

| Unit | $PSF | Conditions of Sale | Subtotal | Location | Building Characteristics | Unit Characteristics | 421A | Amenities | Total | Adjusted $PSF |
|---|---|---|---|---|---|---|---|---|---|---|
| #39J | $2,232 | -5% | $2,121 | 0% | 0% | 0% | 0% | -5% | -5% | $2,015 |
| #57A | $2,433 | 0% | $2,433 | 0% | 0% | -5% | 0% | -5% | -10% | $2,190 |
| #62A | $2,476 | 0% | $2,476 | 0% | 0% | -10% | 0% | -5% | -15% | $2,105 |
| | | | | | | | | | Adj. Average | $2,103 |



All unclosed sales have been adjusted downward for conditions of sale. Units above the 50th floor have been adjusted downward for unit characteristics due to their superior views. 30 Park Place has access to the Four Seasons amenity package. All sales in 30 Park Place have been adjusted downward for their amenities.

## Penthouse Comparables

The subject will contain two penthouse units. The following comparables have been utilized to determine an appropriate price for the subject's penthouse units.

| ADDITIONAL LARGE UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale Date | Address | Unit | Bedroom | Bath | Unit Size | $ Price | $PSF |
| 4/13/2021 | 15 Central Park West | PH18/19 | 5 | 6.5 | 5,902 | $46,670,000 | $7,907 |
| In Contract | 56 Leonard Street | #PH57 | 4 | 4.5 | 5,252 | $24,500,000 | $4,665 |
| 5/26/2021 | 30 Park Place | #PH82 | 3 | 4.5 | 4,538 | $18,500,000 | $4,077 |
| 4/14/2021 | 80 Columbus Circle | #PH75AB | 5 | 5 | 5,327 | $38,500,000 | $7,227 |
| 6/23/2021 | 15 Hudson Yards | #PH88A | 4 | 5.5 | 5,211 | $29,500,000 | $5,661 |
| In Contract | 30 Park Place | #PH78B | 5 | 6.5 | 5,937 | $25,000,000 | $4,211 |

| ADDITIONAL LARGE UNITS ADJUSTMENT GRID | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit | $PSF | Conditions of Sale | Subtotal | Location | Building Characteristics | Unit Characteristics | 421A | Amenities | Total | Adjusted $PSF |
| PH18/19 | $7,907 | 0% | $7,907 | -20% | 0% | -10% | 0% | 0% | -30% | $5,535 |
| #PH57 | $4,665 | -5% | $4,432 | 0% | 0% | -5% | 0% | 0% | -5% | $4,210 |
| #PH82 | $4,077 | 0% | $4,077 | 0% | 0% | -10% | 0% | 0% | -10% | $3,669 |
| #PH75AB | $7,227 | 0% | $7,227 | -20% | 0% | -10% | 0% | -5% | -35% | $4,698 |
| #PH88A | $5,661 | 0% | $5,661 | 0% | 0% | -10% | 0% | -5% | -15% | $4,812 |
| #PH78B | $4,211 | -5% | $4,000 | 0% | 0% | -10% | 0% | 0% | -10% | $3,600 |
| | | | | | | | | | Adj. Average | $4,421 |

All unclosed sales have been adjusted downward for conditions of sale. Units above the 50th floor have been adjusted downward for unit characteristics due to their superior views. 80 Columbus Circle and 15 Central Park West are adjacent to Central Park and have been adjusted downward for location. The sale in 15 Central Park West includes a separate studio condominium unit. It has been adjusted downward for unit characteristics. 80 Columbus Circle has access to the amenities at the Mandarin Oriental Hotel. 15 Hudson Yards contains more amenities than the subject as well. Both have been adjusted downward for amenities. We conclude to a price per square foot consistent with the adjusted average of the comparable properties for the subject's penthouse units ($4,400 per square foot).

## CONCLUDED RESIDENTIAL SELLOUT

The following table details the adjusted comparables.



**COMPARABLE ADJUSTED SALES PRICE PSF**

| Location | Adj $PSF |
|---|---|
| 1. 111 Murray Street | $2,462 |
| 2. 56 Leonard | $2,406 |
| 3. 25 Park Row | $2,268 |
| 4. 130 William | $2,098 |
| 5. 30 Park Place | $2,103 |
| | |
| *Average* | *$2,267* |
| *Weighted Average* | *$2,213* |

| **Market Conclusion (Non Penthouse Units)** | **$2,300** |
|---|---|
| CBRE | |



## RETAIL UNIT

The subject will contain a 788-square foot grade-level retail unit upon completion.

### Comparable Retail Leases

To determine an appropriate market rent for the subject's retail space, we analyze current retail rates in the subject's neighborhood. The following comparables have been utilized for our analysis to determine an appropriate market rent for the subject's commercial space.





| COMPARABLE COMMERCIAL LEASES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Comp No. | Location | Tenant | Size SF | Start Date | Term (Yrs) | Rent PSF | Expense Structure |
| 1. | 100 William Street | Starbucks | 762 | Sep-19 | 10 | $124.20 | Mod. Gross |
| 2. | 1 New York Plaza | Inday | 1,831 | Jan-21 | | $88.48 | Mod. Gross |
| 3. | 50 Broad Street | Paper Source | 2,404 | Aug-19 | 10 | $131.08 | Mod. Gross |
| 4. | 157 Hudson Street | Officine Gullo | 2,023 | Nov-19 | | $104.00 | Mod. Gross |
| 5. | 88 Greenwich Street | 7-Eleven | 2,800 | Mar-19 | 10 | $86.00 | Mod. Gross |
| Compiled by CBRE | | | | | | | |

Based on the comparables, we conclude to a market rent of $100 per square foot for the retail space. The following table details out concluded retail income for the subject.

| CONCLUSION OF MARKET RENT - SUBJECT COMMERCIAL SPACE | | | | | |
|---|---|---|---|---|---|
| Tenant | Use | Size (NRA) SF | Applied Rent PSF | Monthly Income | Annual Income | Expense Structure |
| Vacant | Retail | 788 | $100 | $6,567 | $78,800 | Mod. Gross |
| CBRE | | | | | | |

## Vacancy and Credit Loss

We have concluded to a vacancy and credit loss of 5.0% for the subject's retail income.

## Operating Expense Analysis

EXPENSE COMPARABLES

The following chart summarizes expenses obtained from comparable properties.



| EXPENSE COMPARABLES | | | |
|---|---|---|---|
| Comparable Number | 1 | 2 | 3 |
| Location | NYC | NYC | NYC |
| GLA (SF) | 21,613 | 32,748 | 6,400 |
| Expense Year | 2018 | 2017 | 2017 |
| *Revenues* | $/SF | $/SF | $/SF |
| Effective Gross Income | $210.63 | $92.92 | $136.95 |
| *Expenses* | | | |
|    Real Estate Taxes | $44.56 | $10.81 | $4.90 |
|    Property Insurance | $0.19 | $0.22 | $0.25 |
|    Management Fee [1] | $7.60 | $2.82 | $5.48 |
|    Condominium Fees | $5.46 | $2.83 | $2.34 |
| Operating Expenses | $57.81 | $16.68 | $12.97 |
|    Operating Expense Ratio | 27.4% | 18.0% | 9.5% |
|    [1] *(Mgmt. typically analyzed as a % of EGI)* | 3.6% | 3.0% | 4.0% |
| Compiled by CBRE | | | |

## REAL ESTATE TAXES

The comparable data and projections for the subject are summarized as follows:

| REAL ESTATE TAXES | | |
|---|---|---|
| Year | Total | $/SF |
| Expense Comparable 1 | N/A | $44.56 |
| Expense Comparable 2 | N/A | $10.81 |
| Expense Comparable 3 | N/A | $4.90 |
| **CBRE Estimate** | **$11,820** | **$15.00** |
| Compiled by CBRE | | |

## PROPERTY INSURANCE

Property insurance expenses typically include fire and extended coverage and owner's liability coverage. The comparable data and projections for the subject are summarized as follows:

| PROPERTY INSURANCE | | |
|---|---|---|
| Year | Total | $/SF |
| Expense Comparable 1 | N/A | $0.19 |
| Expense Comparable 2 | N/A | $0.22 |
| Expense Comparable 3 | N/A | $0.25 |
| **CBRE Estimate** | **$197** | **$0.25** |
| Compiled by CBRE | | |



CONDOMINIUM FEES

Condo maintenance fees are set by the condominium building's management and account for routine repairs and maintenance of the common elements of the building. The comparable data and projections for the subject are summarized as follows:

| CONDOMINIUM FEES | | |
|---|---|---|
| Year | Total | $/SF |
| Expense Comparable 1 | N/A | $5.46 |
| Expense Comparable 2 | N/A | $2.83 |
| Expense Comparable 3 | N/A | $2.34 |
| **CBRE Estimate** | **$3,152** | **$4.00** |
| Compiled by CBRE | | |

MANAGEMENT FEE

Management expenses are typically negotiated as a percentage of collected revenues (i.e., effective gross income). The comparable data and projections for the subject are summarized as follows:

| MANAGEMENT FEE | | |
|---|---|---|
| Year | Total | % EGI |
| **CBRE Estimate** | **$2,246** | **3.0%** |
| Compiled by CBRE | | |

## Operating Expense Conclusion

The comparable data and projections for the subject are summarized as follows:

| OPERATING EXPENSES | | |
|---|---|---|
| Year | Total | $/SF |
| Expense Comparable 1 | N/A | $57.81 |
| Expense Comparable 2 | N/A | $16.68 |
| Expense Comparable 3 | N/A | $12.97 |
| **CBRE Estimate** | **$17,415** | **$22.10** |
| Compiled by CBRE | | |

## Net Operating Income

Our projection of net operating income is detailed in the following table.

| NET OPERATING INCOME | | |
|---|---|---|
| Year | Total | $/SF |
| **CBRE Estimate** | **$57,445** | **$72.90** |
| Compiled by CBRE | | |



### Direct Capitalization

Direct capitalization is a method used to convert a single year's estimated stabilized net operating income into a value indication. The following comparable sales have been utilized to determine an appropriate capitalization rate for the subject.

| | COMPARABLE CAPITALIZATION RATES | | | |
|---|---|---|---|---|
| Sale | Address | Sale Date | Sale Price $/SF | OAR |
| 1 | 609 Fifth Avenue, New York | Apr-20 | $5,757 | 5.52% |
| 2 | 102 Fulton Street, New York | Jul-19 | $2,367 | 4.80% |
| 3 | 285 Lafayette Street, New York | May-19 | $1,303 | 5.80% |
| 4 | 47-49 Greene Street, New York | Jun-19 | $3,397 | 4.65% |
| 5 | 212 East 47th Street, New York | Mar-19 | $1,671 | 5.03% |
| **Indicated OAR:** | | | | **4.65%-5.80%** |
| Compiled by: CBRE | | | | |

### BELOW LINE DEDUCTIONS

- **Lost Rent:** We estimate six months of lost rent associated with the lease-up of the subject's retail space.

- **Free Rent:** We estimate four months of free rent to be given to a future tenant.

- **Tenant Improvements:** We estimate $50 per square foot in tenant improvements for the future tenant.

- **Leasing Commissions:** The following table details our concluded leasing commissions.

| COMMERCIAL LEASING COMMISSIONS | | |
|---|---|---|
| % Commission | Projected Annual Mkt Rent | Annual Leasing Commission |
| 6.88% | $78,800 | $5,421 |
| 5.50% | $81,164 | $4,464 |
| 5.50% | $83,599 | $4,598 |
| 4.81% | $86,107 | $4,142 |
| 4.81% | $88,690 | $4,266 |
| 4.13% | $91,351 | $3,773 |
| 4.13% | $94,091 | $3,886 |
| 4.13% | $96,914 | $4,003 |
| 4.13% | $99,821 | $4,123 |
| 4.13% | $102,816 | $4,246 |
| | | **$42,921** |
| CBRE | | |

### DIRECT CAPITALIZATION SUMMARY

A summary of the direct capitalization is illustrated in the following chart.



---

**DIRECT CAPITALIZATION SUMMARY**

| Income | % of EGI | $/SF/Yr | Total |
|---|---|---|---|
| Potential Commercial Income | 105% | 100.00 | 78,800 |
| Vacancy & Credit Loss | -5% | (5.00) | (3,940) |
| **Effective Gross Income** | 100% | $95.00 | $74,860 |
| | | | |
| **Expenses** | | | |
| Real Estate Taxes | 16% | $15.00 | $11,820 |
| Property Insurance | 0% | 0.25 | 197 |
| Management Fee | 3.00% | 2.85 | 2,246 |
| Condominium Fees | 4% | 4.00 | 3,152 |
| **Operating Expenses** | 23% | **$22.10** | **$17,415** |
| **Operating Expense Ratio** | | | 23.26% |
| **Net Operating Income** | 77% | **$72.90** | **$57,445** |
| **OAR** | | ÷ | **5.00%** |
| **Indicated Stabilized Value** | | | **$1,148,904** |
| **Rounded** | | | **$1,100,000** |
| Lost Rent | | | (39,400) |
| Free Rent | | | (26,267) |
| Tenant Improvements | | | (39,400) |
| Leasing Commissions | | | (42,921) |
| **Indicated As Complete Value** | | | **$1,000,916** |
| **Rounded** | | | **$1,000,000** |
| **Value Per SF** | | | **$1,269** |

Compiled by CBRE

## CONDOMINIUM DISCOUNTED VALUE

The Discounted Cash Flow analysis is utilized to make a series of deductions from the gross sellout to account for profit and holding costs involved when unit sales occur over an extended sell-off period. Inherent within the process is the premise that as the anticipated sell-off period is extended, the differential between gross sellout and market value of the project increases.

### Absorption Period

To determine an appropriate absorption rate for the subject's condominium units, we have utilized the following comparables.



| Comp. No. | Property Address | Year Built | # of Sales | Sold Between | | | # Months | # Units Per Month |
|---|---|---|---|---|---|---|---|---|
| | | | | From | -- | To | | |
| 1 | 108 Leonard Street | 2020 | 69 | Feb-18 | -- | Jan-21 | 35.0 | 2.0 |
| 2 | 277 Fifth Avenue | 2019 | 65 | May-18 | -- | Oct-20 | 29.1 | 2.2 |
| 3 | 1399 Park Avenue | 2018 | 51 | Nov-16 | -- | Jan-21 | 50.0 | 1.0 |
| 4 | 200 East 95th Street | 2018 | 34 | Nov-17 | -- | Jan-21 | 38.0 | 0.9 |
| 5 | 138 East 50th Street | 2020 | 52 | Jun-19 | -- | Apr-21 | 21.6 | 2.4 |

**ABSORPTION RATES OF COMPARABLE PROPERTIES**

| | |
|---|---|
| Low | 0.9 |
| High | 2.4 |
| Average | 1.7 |

Compiled by CBRE

We conclude to an absorption of 18 units per year (1.5 per month).

## Sale Costs

### SALES COMMISSIONS, MARKETING & LEGAL FEES

Typical developments similar to the subject property pay sales commissions in the range of 2% to 5% of the gross sales price. We have concluded at 4.00% of the sales prices. In addition to leasing commissions there are legal and marketing fees involved with the closing. We have estimated these costs in line with the market at 3.00% and have concluded to a combined commissions/legal/marketing cost of 7.00% for each sale.

### DEVELOPER'S PROFIT

This represents the risk premium associated with the sell-out of the vacant units. Based on discussions with knowledgeable market participants developer profit typically ranges between 5% and 15% of sales price. As previously mentioned in the market analysis, there are large number of luxury condominiums entering the market. Additionally, sales figures of luxury condominiums have dropped from peak levels. Given the risk in the luxury condominium market, we have utilized a developer's profit fee at the middle of the range at 10% of sales price.

## CARRYING COSTS

### REAL ESTATE TAXES AND COMMON CHARGES

The following tables contain comparable CAM and RET charges from which we analyze and conclude for the subject.



| SUMMARY OF COMPARABLE CAM CHARGES | | |
|---|---|---|
| **Address** | **$/SF** | **$/Month** |
| 111 Murray Street | $1.37 | $4,095 |
| 56 Leonard | $1.34 | $2,773 |
| 25 Park Row | $1.37 | $2,570 |
| 130 William | $0.76 | $821 |
| 30 Park Place | $0.90 | $2,067 |

| | $/SF | $/Month |
|---|---|---|
| Low | $0.76 | $821 |
| High | $1.37 | $4,095 |
| Average | $1.15 | $2,465 |

| | **$/SF** | **$/Month** |
|---|---|---|
| CBRE Conclusion | $1.15 | $2,574 |

Compiled by CBRE

| SUMMARY OF COMPARABLE RET CHARGES | | | |
|---|---|---|---|
| **Address** | **$/SF** | **$/Month** | **Abatement** |
| 111 Murray Street | $2.42 | $7,218 | No |
| 56 Leonard | $1.26 | $2,607 | No |
| 25 Park Row | $1.37 | $2,570 | No |
| 130 William | $1.36 | $1,472 | No |
| 30 Park Place | $2.22 | $5,116 | No |

| | | | |
|---|---|---|---|
| Low | $1.26 | $1,472 | |
| High | $2.42 | $7,218 | |
| Average | $1.73 | $3,797 | |

| | | | |
|---|---|---|---|
| CBRE Conclusion | $1.70 | $3,806 | |

Compiled by CBRE

We have relied on the comparables to determine appropriate common charges and real estate taxes. We were not provided with the developer projections of CAM and RET.

DISCOUNT RATE

In understanding the risk to developing a condominium complex, it can be measured in terms of permitting risk, development risk and marketing risk.

- Each construction project has its own technical characteristics that vary according to the construction type, completion period and locale. Development risk looks at these in context of potential pitfalls such as inferior construction quality, variation in the construction program, undercapitalization, cost overruns, design changes and an untimely completion. The costs provided to us appear to be adequate to complete the project, and, a contingency for unforeseen circumstances has been included.

- Marketing risk considers the potential failure to sell the finished units in a timely and profitable manner once the permitting and development risks have been met. The subject will be a medium-sized development with 50 units for sale but at a price point considerably higher than citywide averages.



These risks are measured in combination of developer's profit and discount rate. Developer's profit is the expected enhancement in value created by a real estate developer. The final product is worth more than the total cost of materials, labor, and overhead because of the developer. Developer profit generally ranges from 5-15% of total costs. However, economic conditions in the market and other factors such as miscalculations in cost estimating or unexpected forces can significantly affect the developer profit. This represents the risk premium associated with the sell-out of the units. Based on the above discussion, we have utilized a developer's profit fee in the middle of the range at 10.00% of the gross sellout.

The discount rate is used to convert the anticipated future cash flows to a present value. It reflects the risks and timing of the cash flows and can consist of equity or a blend of equity and debt position requirements. We have utilized a discount rate of 12.00% to derive our opinion of market value. Our selection of the 12.00% discount rate is based on the high-quality finishes at the subject and the lower investor rates in the marketplace as compared to the nation. The following table shows Discount Rates as reported in the 2nd Quarter 2021 RealtyRates.com Developers Survey:

| RealtyRates.com DEVELOPER SURVEY - 2nd Quarter 2021* New York/New Jersey - Condominiums & Co-Ops | | | | | | |
|---|---|---|---|---|---|---|
| | Actual Rates | | | Pro-Forma Rates | | |
| | Min | Max | Avg | Min | Max | Avg |
| **Primary Residential** | 9.99% | 20.14% | 14.62% | 9.59% | 19.34% | 13.97% |
| Hi-Rise/Urban Townhouse | 10.82% | 20.14% | 15.17% | 10.39% | 19.34% | 14.57% |
| Garden/Suburban Townhouse | 9.99% | 19.01% | 13.92% | 9.59% | 18.25% | 13.37% |
| Mixed Use | 10.66% | 20.12% | 14.78% | 9.81% | 19.32% | 13.98% |
| **Resort & Second Home** | 11.64% | 22.09% | 15.61% | 11.17% | 21.21% | 14.98% |
| Hi-Rise | 11.79% | 22.09% | 16.60% | 11.32% | 21.21% | 15.94% |
| Garden/Townhouse | 11.64% | 18.81% | 14.61% | 11.17% | 18.06% | 14.03% |
| **Commercial/Industrial** | 8.46% | 21.11% | 13.65% | 8.12% | 20.26% | 13.10% |
| Urban Office | 9.54% | 18.80% | 13.88% | 9.16% | 18.05% | 13.33% |
| Suburban Office | 8.52% | 18.45% | 12.95% | 8.18% | 17.72% | 12.43% |
| Retail | 9.47% | 21.11% | 14.68% | 9.09% | 20.26% | 14.09% |
| Industrial | 8.46% | 18.78% | 13.08% | 8.12% | 18.03% | 12.55% |

*1st Quarter 2021 Data                                      Copyright 2021 RealtyRates.com™

Actual rates are historical rates achieved by survey respondents while pro-forma rates reflect revenue and expense expectations. Developer's profit is not included and treated as a line item expense. The survey of actual rates listed above indicates a range in average discount rates of 9.99% to 20.14%, with an average of 14.62% for primary high-rise residential. Pro-forma rates



generally were estimated slightly lower, ranging from 9.59% to 19.34%. The subject property is an extremely high-quality urban development located within a desirable New York City location. We have spoken with numerous market participants who have undertaken condominium developments in Manhattan. They have indicated that they typically internally model discount rates between 8% and 12% for condominium developments.

We have concluded to an annual discount rate of 12%. Our concluded rate represents a rate that has been compounded annually.

## Net Sellout

To arrive at an as is value, we have discounted our value at a rate of 5% over the remaining 18 months. Then, we have deducted the remaining costs and a profit on the costs. A summary of the cash flow from the Net Sellout is presented on the following page.



## 43-45 PARK PLACE
## DISCOUNTED SELLOUT CASH FLOW

| Month | 12 | 24 | 36 |
|---|---|---|---|
| Ending | Jan-24 | Jan-25 | Jan-26 |
| | | | |
| Pre-Sales | | --- | --- |
| Number of Units Beginning Balance: | 50 | 32 | 14 |
| Number of Units Sold: | 18 | 18 | 14 |
| Cumulative Number of Units Sold: | 18 | 36 | 50 |
| | | | |
| Total Number of Remaining Units: | 32 | 14 | 0 |
| | | | |
| Average Price Per Unit: | $5,605,962 | $5,776,473 | $5,952,170 |
| | | | |
| Sales During Sellout | $100,907,316 | $103,976,509 | $83,330,375 |
| PreSale Residential | | | |
| Total Sales | $100,907,316 | $103,976,509 | $83,330,375 |
| | | | |
| Expenses: | | | |
|   Commissions, Clsg, Legal & Mktg | $7,063,512 | $7,278,356 | $5,833,126 |
|   Real Estate Taxes (Unsold Units) | $1,872,415 | $1,050,379 | $319,681 |
|   Common Charges (Unsold Units) | $1,266,634 | $710,551 | $216,255 |
| Total Expenses: | $10,202,561 | $9,039,286 | $6,369,061 |
| | | | |
| Net Income Before Profit: | $90,704,755 | $94,937,223 | $76,961,314 |
| Profit @ 10% of Sale Price | $10,090,732 | $10,397,651 | $8,333,038 |
| | | | |
| Net Income | $80,614,023 | $84,539,572 | $68,628,276 |
| Present Value Factor @ 12% Disc. Rate Per Ann. | 0.892857 | 0.797194 | 0.711780 |
| Present Value of Cash Flow: | $71,976,806 | $67,394,429 | $48,848,251 |

| | |
|---|---|
| **Discounted Sellout Value** | **$188,219,487** |
| **Retail Unit** | **$1,000,000** |
| **Discounted Sellout Value** | **$189,219,487** |
| **(Rounded):** | **$189,200,000** |

            $1,690 per square foot of selling area

| | |
|---|---|
|   Hold / Construction Period | **1.50 years** |
|   Discount Rate Over Construction Period | 5.00% |
|   Discount Factor | **0.9294286** |
|   PV of Discounted Sellout | **$175,847,899** |
|   Remaining Construction & Development Costs | (83,722,202) |
|   Profit | (4,186,110) |
| | |
| **Indicated Value** | **$87,939,587** |
| **Rounded** | **$87,900,000** |

Compiled by CBRE



# Reconciliation of Value

The value indications from the approaches to value are summarized as follows:

| SUMMARY OF VALUE CONCLUSIONS | | |
|---|---|---|
| | As Is on July 2, 2021 | As Complete on January 2, 2023 |
| Discounted Sellout Analysis | $87,900,000 | $189,200,000 |
| Reconciled Value | $87,900,000 | $189,200,000 |
| Compiled by CBRE | | |

In the Discounted Sellout Analysis, the subject's condominium units are compared to similar properties that have been sold recently or for which listing prices or offers are known. This approach was used to conclude a gross sellout price for the units. The sales used in this analysis are considered comparable to the subject, and the required adjustments were based on reasonable and well-supported rationale. In addition, market participants are currently analyzing purchase prices on investment properties as they relate to available substitutes in the market. Therefore, the Discounted Sellout Analysis is considered to provide a reliable value indication and has been given primary emphasis in the final value reconciliation of the subject for the Prospective As Complete Market Value.

Based on the foregoing, the market value of the subject has been concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is | Fee Simple Estate | July 2, 2021 | $87,900,000 |
| As Complete | Fee Simple Estate | January 2, 2023 | $189,200,000 |
| Compiled by CBRE | | | |



# Assumptions and Limiting Conditions

1. CBRE, Inc. through its appraiser (collectively, "CBRE") has inspected through reasonable observation the subject property. However, it is not possible or reasonably practicable to personally inspect conditions beneath the soil and the entire interior and exterior of the improvements on the subject property. Therefore, no representation is made as to such matters.

2. The report, including its conclusions and any portion of such report (the "Report"), is as of the date set forth in the letter of transmittal and based upon the information, market, economic, and property conditions and projected levels of operation existing as of such date. The dollar amount of any conclusion as to value in the Report is based upon the purchasing power of the U.S. Dollar on such date. The Report is subject to change as a result of fluctuations in any of the foregoing. CBRE has no obligation to revise the Report to reflect any such fluctuations or other events or conditions which occur subsequent to such date.

3. Unless otherwise expressly noted in the Report, CBRE has assumed that:

   (i) Title to the subject property is clear and marketable and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value. CBRE has not examined title records (including without limitation liens, encumbrances, easements, deed restrictions, and other conditions that may affect the title or use of the subject property) and makes no representations regarding title or its limitations on the use of the subject property. Insurance against financial loss that may arise out of defects in title should be sought from a qualified title insurance company.

   (ii) Existing improvements on the subject property conform to applicable local, state, and federal building codes and ordinances, are structurally sound and seismically safe, and have been built and repaired in a workmanlike manner according to standard practices; all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.) are in good working order with no major deferred maintenance or repair required; and the roof and exterior are in good condition and free from intrusion by the elements. CBRE has not retained independent structural, mechanical, electrical, or civil engineers in connection with this appraisal and, therefore, makes no representations relative to the condition of improvements. CBRE appraisers are not engineers and are not qualified to judge matters of an engineering nature, and furthermore structural problems or building system problems may not be visible. It is expressly assumed that any purchaser would, as a precondition to closing a sale, obtain a satisfactory engineering report relative to the structural integrity of the property and the integrity of building systems.

   (iii) Any proposed improvements, on or off-site, as well as any alterations or repairs considered will be completed in a workmanlike manner according to standard practices.

   (iv) Hazardous materials are not present on the subject property. CBRE is not qualified to detect such substances. The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater, mold, or other potentially hazardous materials may affect the value of the property.

   (v) No mineral deposit or subsurface rights of value exist with respect to the subject property, whether gas, liquid, or solid, and no air or development rights of value may be transferred. CBRE has not considered any rights associated with extraction or exploration of any resources, unless otherwise expressly noted in the Report.

   (vi) There are no contemplated public initiatives, governmental development controls, rent controls, or changes in the present zoning ordinances or regulations governing use, density, or shape that would significantly affect the value of the subject property.

   (vii) All required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, nor national government or private entity or organization have been or can be readily obtained or renewed for any use on which the Report is based.

   (viii) The subject property is managed and operated in a prudent and competent manner, neither inefficiently or super-efficiently.

   (ix) The subject property and its use, management, and operation are in full compliance with all applicable federal, state, and local regulations, laws, and restrictions, including without limitation environmental laws, seismic hazards, flight patterns, decibel levels/noise envelopes, fire hazards, hillside ordinances, density, allowable uses, building codes, permits, and licenses.

   (x) The subject property is in full compliance with the Americans with Disabilities Act (ADA). CBRE is not qualified to assess the subject property's compliance with the ADA, notwithstanding any discussion of possible readily achievable barrier removal construction items in the Report.



(xi)  All information regarding the areas and dimensions of the subject property furnished to CBRE are correct, and no encroachments exist.  CBRE has neither undertaken any survey of the boundaries of the subject property nor reviewed or confirmed the accuracy of any legal description of the subject property.

Unless otherwise expressly noted in the Report, no issues regarding the foregoing were brought to CBRE's attention, and CBRE has no knowledge of any such facts affecting the subject property.  If any information inconsistent with any of the foregoing assumptions is discovered, such information could have a substantial negative impact on the Report.  Accordingly, if any such information is subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report.  CBRE assumes no responsibility for any conditions regarding the foregoing, or for any expertise or knowledge required to discover them.  Any user of the Report is urged to retain an expert in the applicable field(s) for information regarding such conditions.

4.  CBRE has assumed that all documents, data and information furnished by or behalf of the client, property owner, or owner's representative are accurate and correct, unless otherwise expressly noted in the Report.  Such data and information include, without limitation, numerical street addresses, lot and block numbers, Assessor's Parcel Numbers, land dimensions, square footage area of the land, dimensions of the improvements, gross building areas, net rentable areas, usable areas, unit count, room count, rent schedules, income data, historical operating expenses, budgets, and related data.  Any error in any of the above could have a substantial impact on the Report.  Accordingly, if any such errors are subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report.  The client and intended user should carefully review all assumptions, data, relevant calculations, and conclusions of the Report and should immediately notify CBRE of any questions or errors within 30 days after the date of delivery of the Report.

5.  CBRE assumes no responsibility (including any obligation to procure the same) for any documents, data or information not provided to CBRE, including without limitation any termite inspection, survey or occupancy permit.

6.  All furnishings, equipment and business operations have been disregarded with only real property being considered in the Report, except as otherwise expressly stated and typically considered part of real property.

7.  Any cash flows included in the analysis are forecasts of estimated future operating characteristics based upon the information and assumptions contained within the Report.  Any projections of income, expenses and economic conditions utilized in the Report, including such cash flows, should be considered as only estimates of the expectations of future income and expenses as of the date of the Report and not predictions of the future.  Actual results are affected by a number of factors outside the control of CBRE, including without limitation fluctuating economic, market, and property conditions.  Actual results may ultimately differ from these projections, and CBRE does not warrant any such projections.

8.  The Report contains professional opinions and is expressly not intended to serve as any warranty, assurance or guarantee of any particular value of the subject property.  Other appraisers may reach different conclusions as to the value of the subject property.  Furthermore, market value is highly related to exposure time, promotion effort, terms, motivation, and conclusions surrounding the offering of the subject property.  The Report is for the sole purpose of providing the intended user with CBRE's independent professional opinion of the value of the subject property as of the date of the Report.  Accordingly, CBRE shall not be liable for any losses that arise from any investment or lending decisions based upon the Report that the client, intended user, or any buyer, seller, investor, or lending institution may undertake related to the subject property, and CBRE has not been compensated to assume any of these risks.  Nothing contained in the Report shall be construed as any direct or indirect recommendation of CBRE to buy, sell, hold, or finance the subject property.

9.  No opinion is expressed on matters which may require legal expertise or specialized investigation or knowledge beyond that customarily employed by real estate appraisers.  Any user of the Report is advised to retain experts in areas that fall outside the scope of the real estate appraisal profession for such matters.

10.  CBRE assumes no responsibility for any costs or consequences arising due to the need, or the lack of need, for flood hazard insurance.  An agent for the Federal Flood Insurance Program should be contacted to determine the actual need for Flood Hazard Insurance.

11.  Acceptance or use of the Report constitutes full acceptance of these Assumptions and Limiting Conditions and any special assumptions set forth in the Report.  It is the responsibility of the user of the Report to read in full, comprehend and thus become aware of all such assumptions and limiting conditions.  CBRE assumes no responsibility for any situation arising out of the user's failure to become familiar with and understand the same.

12.  The Report applies to the property as a whole only, and any pro ration or division of the title into fractional interests will invalidate such conclusions, unless the Report expressly assumes such pro ration or division of interests.



13. The allocations of the total value estimate in the Report between land and improvements apply only to the existing use of the subject property. The allocations of values for each of the land and improvements are not intended to be used with any other property or appraisal and are not valid for any such use.

14. The maps, plats, sketches, graphs, photographs, and exhibits included in this Report are for illustration purposes only and shall be utilized only to assist in visualizing matters discussed in the Report. No such items shall be removed, reproduced, or used apart from the Report.

15. The Report shall not be duplicated or provided to any unintended users in whole or in part without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Exempt from this restriction is duplication for the internal use of the intended user and its attorneys, accountants, or advisors for the sole benefit of the intended user. Also exempt from this restriction is transmission of the Report pursuant to any requirement of any court, governmental authority, or regulatory agency having jurisdiction over the intended user, provided that the Report and its contents shall not be published, in whole or in part, in any public document without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Finally, the Report shall not be made available to the public or otherwise used in any offering of the property or any security, as defined by applicable law. Any unintended user who may possess the Report is advised that it shall not rely upon the Report or its conclusions and that it should rely on its own appraisers, advisors and other consultants for any decision in connection with the subject property. CBRE shall have no liability or responsibility to any such unintended user.



ADDENDA

Addendum A

# OPERATING DATA
**REDACTED**

**CBRE VALUATION & ADVISORY SERVICES**


**ADAM WEIL**
Valuation & Advisory Services
+1 212 2076040
Adam.Weil@cbre.com


**JUSTIN CASSON**
Valuation & Advisory Services
212-207-6100

**www.cbre.com**

