**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**PARK PLACE DEVELOPMENT PRIMARY, LLC**<br><br>Alleged Debtor. | **Chapter 7 (Involuntary)**<br><br>**Case No. 21-10849 (CSS)**<br><br><u>Objection Deadline:</u><br>**July 29, 2021 at 4:00 p.m. (ET)**<br><u>Hearing Date:</u><br>**August 18, 2021 at 11:00 a.m. (ET)**<br>Ref. Docket No. 37 |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE LENDERS TO FILE UNDER SEAL EXHIBIT "B" TO CASSON DECLARATION IN SUPPORT OF THE MOTION FOR ENTRY OF AN ORDER DISMISSING THE INVOLUNTARY PETITION PURSUANT TO 11 U.S.C. 707(a) AND 305(a) OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1), (2)**

PLEASE TAKE NOTICE that on July 15, 2021, Malayan Banking Berhad, New York Branch (the "<u>Administrative Agent</u>"), as Administrative Agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC (collectively with the Administrative Agent, the "<u>Lenders</u>") filed the *Motion for Entry of an Order Authorizing the Lenders to File Under Seal Exhibit "B" to Casson Declaration in Support of the Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2)* (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). A copy of the Motion is attached hereto.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 18, 2021 AT 11:00 A.M.** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **July 29, 2021 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "<u>Objection Deadline</u>"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by counsel to the Administrative Agent at the addresses set forth below.

1

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  July 15, 2021
Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones, Esq. (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                       joneill@pszjlaw.com

**-and-**

Gary L. Kaplan, Esq. (admitted *pro hac vice*)
Matthew D. Parrott, Esq. (admitted *pro hac vice* )
Andrew M. Minear, Esq. (admitted *pro hac vice* )
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone:   (212) 859-8000
Facsimile:     (212) 859-4000
Email:           Gary.Kaplan@friedfrank.com
                      Matthew.Parrott@friedfrank.com
                      Andrew.Minear@friedfrank.com

*Counsel for Malayan Banking Berhad,*
*New York Branch, as Administrative Agent for*
*Malayan Banking Berhad, London Branch, Intesa*
*Sanpaolo S.P.A., New York Branch, Warba Bank*
*K.S.C.P., and 45 Park Place Investments, LLC*

2