# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | Re: Dkt. No. ____ |

### ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR THE PETITIONING CREDITORS TO RESPOND TO THE ALLEGED DEBTOR'S MOTION TO DISMISS THE INVOLUNTARY PETITION

Upon consideration of the *Stipulation Extending Deadline for the Petitioning Creditors to Respond to the Alleged Debtor's Motion to Dismiss the Involuntary Petition* (the "Stipulation"),[1] attached hereto as **Exhibit A**, by and between the Petitioning Creditors and the Alleged Debtor; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation need be given; it is hereby:

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, that the Petitioning Creditors shall respond to the Motion to Dismiss on or before August 6, 2021 at 12:00 p.m. (ET); and it is further

ORDERED, that the Alleged Debtor shall have until August 16, 2021 at 11:00 a.m. (ET) to file any reply in connection with the Motion to Dismiss

Dated: July _____, 2021

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

Dated: July 19th, 2021
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms not defined herein shall have the meanir

1