# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

## STIPULATION EXTENDING DEADLINE FOR THE PETITIONING CREDITORS TO RESPOND TO THE ALLEGED DEBTOR'S MOTION TO DISMISS THE INVOLUNTARY PETITION

**WHEREAS**, on May 24, 2021, Construction Realty Safety Group, Inc., Domani Inspection Services, Inc., Ismael Leyva Architect, P.C., S&E Bridge & Scaffold LLC, Trade Off Plus, LLC, and Permasteelisa North America Corp. (collectively, the "Petitioning Creditors") filed an involuntary petition under Chapter 7 of Title 11 of the United States Code (the "Involuntary Petition") against Park Place Development Primary, LLC (the "Alleged Debtor", together with the Petitioning Creditors, the "Parties");

**WHEREAS**, on July 6, 2021, the Alleged Debtor filed its *Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition* [Dkt. No. 31] (the "Motion to Dismiss");

**WHEREAS**, pursuant to the notice filed with the Motion to Dismiss the deadline to object to the motion is July 22, 2021 and the hearing on the motion is scheduled for August 18, 2021 at 11 a.m. (ET) (the "Hearing");

**WHEREAS**, the Parties have agreed to extend the Petitioning Creditors' deadline to respond to the Motion to Dismiss from July 22, 2021 to August 6, 2021 at 12:00 p.m. (ET); and

1

**WHEREAS**, the Parties have also agreed that the Alleged Debtor shall have until August 16, 2021 at 11:00 a.m. (ET), which is prior to the deadline to file the agenda for the Hearing, to file any reply in connection with the Motion to Dismiss.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court, that:

1.      The deadline for the Petitioning Creditors to respond to the Motion to Dismiss is extended through and including August 6, 2021 at 12:00 p.m. (ET).

2.      The Alleged Debtor shall file any reply in connection with the Motion to Dismiss on or before August 16, 2021 at 11:00 a.m. (ET).

| | |
|---|---|
| **VENABLE LLP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| _/s/ Daniel A. O'Brien_ | _/s/ Marcy J. McLaughlin Smith_ |
| Daniel A. O'Brien (#4897) | Marcy J. McLaughlin Smith (#6184) |
| 1201 N. Market Street, Suite 1400 | Hercules Plaza, Suite 5100 |
| Wilmington, Delaware 19801 | 1313 N. Market Street, P.O. Box 1709 |
| Tel: (302) 298-3523 | Wilmington, DE 19801 |
| Fax: (302) 298-3550 | Tel: (302) 777-6500 |
| daobrien@venable.com | Fax: (302) 421-8390 |
| | marcy.smith@troutman.com |
| -and- | |
| | -and- |
| Jeffrey S. Sabin | |
| 1270 Avenue of the Americas, 24th Floor | Gary Marsh |
| New York, New York 10020 | 600 Peachtree Street, N.E., Suite 3000 |
| Tel: (212) 307-5500 | Atlanta, GA 30308 |
| jssabin@venable.com | Tel: (404) 885-3000 |
| | gary.marsh@troutman.com |
| _Counsel for the Petitioning Creditors_ | |
| | -and- |
| | Brett D. Goodman |
| | 875 Third Avenue |
| | New York, NY 10022 |
| | Tel: (212) 704-6000 |
| | Brett.goodman@troutman.com |

*Counsel for the Alleged Debtor*