## CERTIFICATE OF SERVICE

      I, Marcy J. McLaughlin Smith, hereby certify that on July 22, 2021, I caused copies of the foregoing **Response and Limited Objection of the Alleged Debtor to Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2)** to be served by email upon the parties set forth on the attached service list; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

                    */s/ Marcy J. McLaughlin Smith*
                    Marcy J. McLaughlin Smith (DE 6184)

# SERVICE LIST

*(Counsel to Malayan Banking Berhad)*
Laura Davis Jones
**Pachulski Stang Ziehl & Jones LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
ljones@pszjlaw.com

*(Counsel to Malayan Banking Berhad)*
Gary L. Kaplan, Matthew D. Parrott, and Andrew M. Minear
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, NY 10004
Gary.Kaplan@friedfrank.com;
Matthew.Parrott@friedfrank.com;
Andrew.Minear@friedfrank.com

*(Counsel to the Petitioning Creditors)*
Daniel A. O'Brien
**Venable LLP**
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
daobrien@venable.com

United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
USTPRegion03.WL.ECF@USDOJ.GOV

*(Counsel to the Petitioning Creditors)*
Jeffrey S. Sabin
**Venable LLP**
1270 Avenue of the Americas
New York, NY 10020
JSSabin@Venable.com

*(Counsel to Gilbane Residential Construction LLC*)
Daniel J. DeFranceschi and Russell C. Silberglied
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
defranceschi@rlf.com; silberglied@rlf.com

*(Counsel to Gilbane Residential Construction LLC*)
John W. Dreste and Brian M. Streicher
**Ernstrom & Dreste, LLP**
925 Clinton Square
Rochester, New York 14604
JDreste@ed-llp.com; BStreicher@ed-llp.com