# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Park Place Development Primary, LLC,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 21-10849 (CSS)<br><br>Obj. Deadline: August 9, 2021 at 4:00 p.m. (ET)<br>Hearing Date: August 18, 2021 at 11:00 a.m. (ET) |

### NOTICE OF PETITIONING CREDITORS' MOTION FOR ENTRY OF AN ORDER STAYING THE LENDERS' MOTION TO DISMISS THE INVOLUNTARY PETITION OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on July 22, 2021, Petitioning Creditors Permasteelisa North America Corp., Construction Realty Safety Group, Inc., Trade Off Plus, LLC, S&E Bridge & Scaffold, LLC, Ismael Leyva Architect, P.C., and Domani Inspection Services, Inc. (collectively, the "Petitioning Creditors"), filed the *Motion for Entry of an Order Staying the Lenders' Motion to Dismiss the Involuntary Petition or, in the Alternative, Granting Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on August 18, 2021 at 11:00 a.m. (ET) before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market St., 5th Floor, Courtroom 6, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to entry of an order approving the Motion must be (a) in writing and served on or before August 9, 2021 at 4:00 p.m. (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor,

Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by counsel to the Petitioning Creditors at the addresses set forth below.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 22, 2021
Wilmington, Delaware

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel: 302.298.3535
Fax: 302.298.3550
daobrien@venable.com

and

Jeffrey S. Sabin, Esq.
James E. Frankel, Esq.
Gary L. Rubin, Esq.
Carol A. Weiner, Esq.
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel: (212) 307-5500
Fax: (212) 307-5598
jssabin@venable.com
glrubin@venable.com
jefrankel@venable.com
cweinerlevy@venable.com

*Attorneys for the Petitioning Creditors*