**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, NY 10004
Tel: +1.212.859.8812
www.friedfrank.com



Direct Line: (212) 859-8812
Gary.Kaplan@friedfrank.com

July 29, 2021

The Honorable Christopher S. Sontchi
U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the District of Delaware
824 North Market St., 5th Floor
Wilmington, DE 19801

Re: **In re Park Place Development Primary, Ch. 7 (Involuntary) Case No. 21-10849-CSS**

Dear Judge Sontchi:

Fried Frank represents Malayan Banking Berhad, New York Branch (the "Administrative Agent"), as Administrative Agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC (collectively with the Administrative Agent, the "Lenders") in the above-captioned case filed against Park Place Development Primary, LLC (the "Alleged Debtor") by Permasteelisa North America Corp. ("PNA"), Construction Realty Safety Group Inc. ("CRS"), Trade Off Plus, LLC ("Trade Off Plus"), Domani Inspection Services, Inc. ("Domani"), S&E Bridge & Scaffold LLC ("S&E"), and Ismael Leyva Architect, P.C. ("Ismael") (collectively, the "Petitioning Creditors").

We are writing with respect to the hearing scheduled for August 18, 2021 at 11:00 a.m. to clarify what will be heard so that the Court and all of the parties can be properly prepared for the hearing. By way of background, the following motions are scheduled to be heard at the hearing:

1. *Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition* (the "Alleged Debtor's Motion to Dismiss")[Doc. 31]

2. *Motion of the Lenders for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2)* (the "Lenders' Motion to Dismiss") [Doc. 35]

3. *Petitioning Creditors' Motion for Entry of an Order Staying the Lenders' Motion to Dismiss the Involuntary Petition or, in the Alternative, Granting Relief from the Automatic Stay* (the "Petitioning Creditors' Motion to Stay")[Doc. 52]

Gary Kaplan, Esq.                                                                  July 29, 2021
                                                                                                                                      Page 2

Fried Frank has conferred with Troutman Pepper, counsel for the Alleged Debtor ("Troutman Pepper") and exchanged email correspondence with Venable, counsel for the Petitioning Creditors ("Venable"), and it has become apparent that there is confusion as to the posture of the August 18th hearing and the Parties' expectations as to how the hearing will proceed.

First, Troutman Pepper has communicated to Fried Frank that the hearing on August 18th was initially scheduled as a non-evidentiary hearing. However, in light of the nature of the issues raised in the Alleged Debtor's Motion to Dismiss and the Lenders' Motion to Dismiss, the Lenders believe it is necessary to proceed with an evidentiary hearing. Accordingly, the Lenders have advised the Alleged Debtor and the Petitioning Creditors that they intend to rely upon the declarations and supporting documents filed in support of the Lenders' Motion to Dismiss and will make the declarants available for cross-examination. The Alleged Debtor has stated that they do not agree that the hearing should be evidentiary though they intend to rely upon factual statements and documents that have been attached to pleadings and declarations.

The Lenders believe that the hearing on August 18th can be completed in a few hours as facts required to be introduced at the hearing are limited in scope. Fried Frank intends to confer with counsel for the Alleged Debtor and Petitioning Creditors in an effort to stipulate to as many facts as possible prior to the hearing.

Second, instead of filing an objection to the Lenders' Motion to Dismiss by the objection deadline on July 22, 2021, the Petitioning Creditors filed a Motion to Stay. Moreover, the Petitioning Creditors have stated via email (a copy of which is attached as Exhibit A) that they do not intend to respond to the Lenders' Motion to Dismiss until Your Honor adjudicates the Petitioning Creditors' Motion to Stay. Moreover, in a misuse of this Court's Local Rule 9006-2, the Petitioning Creditors have taken the position that the response deadline to the Lenders' Motion to Dismiss is automatically tolled. The Lenders disagree with the Petitioning Creditors' reliance on Local Rule 9006-2 and are concerned that the Petitioning Creditors are trying to obtain a de facto stay of the Lenders' Motion to Dismiss by not timely responding to it and then will argue on August 18th that the Court should not hear the dismissal motion until they have an opportunity to respond to the motion. Such gamesmanship should not be tolerated by this Court, and the Lenders request clarification from the Court that if the Court denies the Motion to Stay, it will then hear the Lenders' Motion to Dismiss on August 18th.

Given these issues, we regretfully submit that a status conference needs to be scheduled with the Court to i) confirm the matters to go forward and manner of presentation (evidentiary or not) on August 18th, and ii) resolving the response deadline issue.

We thank the Court for your patience and guidance on this matter, and remain available at the Court's convenience for a conference.

Respectfully submitted,

Gary Kaplan, Esq.

cc: Matthew D. Parrott, Esq. Matthew.Parrott@friedfrank.com
Andrew M. Minear, Esq. Andrew.Minear@friedfrank.com
Laura Davis Jones, Esq. ljones@pszjlaw.com
Gary W. Marsh, Esq. gary.marsh@troutman.com
Brett D. Goodman, Esq. brett.goodman@troutman.com
Marcy J. McLaughlin Smith, Esq. marcy.smith@troutman.com
Daniel A. O'Brien, Esq. daobrien@venable.com
Jeffrey S. Sabin, Esq. jssabin@venable.com
James E. Frankel, Esq. glrubin@venable.com
Gary L. Rubin, Esq. jefrankel@venable.com
Carol A. Weiner, Esq. cweinerlevy@venable.com



Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, NY 10004
Tel: +1.212.859.8812
www.friedfrank.com

# Exhibit A
# Email Correspondence with Venable



Fried, Frank, Harris, Shriver & Jacobson LLP

Gary Kaplan, Esq.            July 29, 2021
                                             Page 5

## Exhibit A (cont.)

