# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 7 (Involuntary)** |
| **PARK PLACE DEVELOPMENT PRIMARY, LLC,** | **Case No. 21-10849 (CSS)** |
| **Alleged Debtor.** | **Hearing: Aug. 4, 2021 at 11:00 a.m. ET** |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that in connection with the hearing scheduled for August 18, 2021 at 11:00 a.m., a status conference has been scheduled for August 4, 2021 at 11:00 a.m. (ET) before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the status conference will be held via Zoom videoconference and parties wishing to participate must register at the following link no later than Tuesday, August 3, 2021 at 12:00 p.m. (ET):

https://debuscourts.zoomgov.com/meeting/register/vJItdOqgqTooHNvfeSthaVS4b_bela43fqc

Please note that audio will be provided by Zoom only.

Dated:  July 30, 2021  
Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones, Esq. (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:   ljones@pszjlaw.com
   joneill@pszjlaw.com

**-and-**

1

Gary L. Kaplan, Esq. (admitted *pro hac vice*)
Matthew D. Parrott, Esq. (admitted *pro hac vice* )
Andrew M. Minear, Esq. (admitted *pro hac vice* )
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone:  (212) 859-8000
Facsimile:  (212) 859-4000
Email:      Gary.Kaplan@friedfrank.com
            Matthew.Parrott@friedfrank.com
            Andrew.Minear@friedfrank.com

*Counsel for Malayan Banking Berhad,*
*New York Branch, as Administrative Agent for*
*Malayan Banking Berhad, London Branch, Intesa*
*Sanpaolo S.P.A., New York Branch, Warba Bank*
*K.S.C.P., and 45 Park Place Investments, LLC*

2