IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

**NOTICE OF WITHDRAWAL OF DOMANI INSPECTION
SERVICES, INC. AS A PETITIONING CREDITOR**

**PLEASE TAKE NOTICE** that Domani Inspection Services, Inc. hereby withdraws as a petitioning creditor for the reasons set forth on the *Declaration of Adam Eisen* attached hereto as **Exhibit A.**

Dated: August 5, 2021
      Wilmington, Delaware

                                                                             **VENABLE LLP**

                                                                             */s/ Daniel A. O'Brien*
                                                                             Daniel A. O'Brien (No. 4897)
                                                                             1201 North Market Street, Suite 1400
                                                                             Wilmington, DE 19801
                                                                             Tel: 302.298.3535
                                                                             Fax: 302.298.3550
                                                                             daobrien@venable.com

                                                                                         and

                                                                             Jeffrey S. Sabin, Esq.
                                                                             James E. Frankel, Esq.
                                                                             Gary L. Rubin, Esq.
                                                                             Carol A. Weiner, Esq.
                                                                             1270 Avenue of the Americas, 24th Floor
                                                                             New York, New York 10020
                                                                             Tel: (212) 307-5500
                                                                             Fax: (212) 307-5598

                                                                             *Attorneys for the Petitioning Creditors*

1