# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

## <u>DECLARATION OF ADAM EISEN</u>

I, Adam Eisen, hereby declare as follows:

1.    I am an attorney with the Law Office of Erin M. McGinnis, PPLC and lead counsel for Domani Inspection Services, Inc. ("<u>Domani</u>").

2.    Domani believes that it has a valid breach of contract claim against Park Place Development Primary, LLC (the "<u>Alleged Debtor</u>") in an amount no less than $47,884.64 (the "<u>Claim</u>"), as set forth in the *Declaration of Matt Caruso* (the "<u>Declaration</u>") filed in support of the involuntary petition against the Alleged Debtor [Dkt. No. 1] (the "<u>Involuntary Petition</u>") to provide background on the Claim.[1]  *See* Dkt. No. 1, Involuntary Petition at Ex. 4.  After receiving the Alleged Debtor's motion to dismiss the Involuntary Petition [Dkt No. 31], the pleadings in the Breach of Contract Action, including the Answer filed by the Alleged Debtor, were re-evaluated and it was determined that the Answer alleges a dispute as to liability and amount of the Claim in full.  Though Domani believes the dispute is without merit, I have been advised that the allegation suffices to make the Claim subject to a "bona fide dispute" as that phrase is used in the Bankruptcy Code.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Declaration.

3.    Accordingly, it is appropriate for Domani to withdraw as a petitioning creditor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 3, 2021

_____

Adam Eisen, Esq.