# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | **Re: Dkt. No. 61** |

**ORDER APPROVING STIPULATION EXTENDING DEADLINE
FOR PETITIONING CREDITORS TO RESPOND TO (i) ALLEGED DEBTOR'S
MOTION FOR DISMISSAL OF, OR ABSTENTION FROM, INVOLUNTARY
PETITION AND (ii) LENDERS' MOTION FOR ENTRY OF AN ORDER
<u>DISMISSING THE INVOLUNTARY PETITION</u>**

Upon consideration of the *Stipulation Extending Deadline for Petitioning Creditors to Respond to (i) Alleged Debtor's Motion for Dismissal of, or Abstention from, Involuntary Petition and (ii) Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition* (the "<u>Stipulation</u>")[1] attached hereto as **Exhibit A**, by and between (i) counsel for Construction Realty Safety Group, Inc., Ismael Leyva Architect, P.C., S&E Bridge & Scaffold LLC, Trade Off Plus, LLC, and Permasteelisa North America Corp. (collectively, the "<u>Petitioning Creditors</u>"), (ii) Park Place Development Primary, LLC (the "<u>Alleged Debtor</u>"), and (iii) Malayan Banking Berhad, New York Branch, Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC (collectively the "<u>Lenders</u>"); and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation need be given; it is hereby:

ORDERED, that the Stipulation is APPROVED; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1

ORDERED, that the deadline for the Petitioning Creditors to object or otherwise respond (a "Response") to the Debtor's Motion to Dismiss, in accordance with the Bankruptcy Rules, is extended through and including September 9, 2021 at 4:00 p.m. (ET); and it is further

ORDERED, that the deadline for the Petitioning Creditors to object or otherwise respond (a "Response") to the Lenders' Motion to Dismiss, including, without limitation, incorporating the relief requested in Petitioning Creditors' Motion to Stay, in accordance with the Bankruptcy Rules, is extended through and including September 9, 2021 at 4:00 p.m. (ET); and it is further

ORDERED, that the deadline for the Alleged Debtor and/or the Lenders to reply to the Petitioning Creditors' Responses, in accordance with the Bankruptcy Rules, including, without limitation, the Lenders' deadline for responding to the Motion to Stay, is extended through and including September 20, 2021 at 4:00 p.m. (ET); and it is further

ORDERED, that the Hearing on the Debtor's Motion to Dismiss, the Lenders' Motion to Dismiss, and the Petitioning Creditors' Motion to Stay is adjourned to September 23, 2021 at 12:00 p.m. (noon) (ET); and it is further

ORDERED, that if the Parties desire to introduce declarations or documents into evidence or ask the Court to take judicial notice of documents at the Hearing (including documents attached to their pleadings) or intend to call witnesses to testify at the Hearing, then the Hearing will be an evidentiary hearing and any Party intending to (i) introduce declarations or documents or request that the Court take judicial notice of documents shall exchange such documents with the other Parties not later than 4:00 p.m. on September 14, 2021 and (ii) call witnesses to testify must notify the other Parties of the identity of such witnesses not later than 4:00 p.m. on September 14, 2021, which witness information will then be included in the September 23, 2021 hearing agenda; and it is further

ORDERED that the Hearing will be in-person at the Bankruptcy Court for the District of Delaware, but any Party, counsel or witness may appear and be heard at the Hearing via Zoom.

Dated: August 9, 2021

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A
# STIPULATION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

**STIPULATION EXTENDING DEADLINE FOR PETITIONING CREDITORS TO RESPOND TO (i) ALLEGED DEBTOR'S MOTION FOR DISMISSAL OF, OR ABSTENTION FROM, INVOLUNTARY PETITION AND (ii) LENDERS' MOTION FOR ENTRY OF AN ORDER DISMISSING THE INVOLUNTARY PETITION**

**WHEREAS**, on May 24, 2021, Construction Realty Safety Group, Inc., Ismael Leyva Architect, P.C., S&E Bridge & Scaffold LLC, Trade Off Plus, LLC, and Permasteelisa North America Corp. (collectively, the "Petitioning Creditors")[1] filed an involuntary petition under Chapter 7 of Title 11 of the United States Code (the "Involuntary Petition") against Park Place Development Primary, LLC (the "Alleged Debtor");

**WHEREAS**, on July 6, 2021, the Alleged Debtor filed its *Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition* [Dkt. No. 31] (the "Debtor's Motion to Dismiss");

**WHEREAS**, pursuant to the notice filed with the Debtor's Motion to Dismiss, the deadline to object to the motion was July 20, 2021 and the hearing on the motion was scheduled for August 18, 2021 at 11 a.m. (ET);

**WHEREAS**, by order dated July 19, 2021, the Court approved the *Stipulation Extending Deadline for the Petitioning Creditors to Respond to the Alleged Debtor's Motion to Dismiss the*

---

[1] Pursuant to the Notice of Withdrawal of Domani Inspection Services, Inc. As A Petitioning Creditor [Dkt. No. 60] and the supporting Declaration of Adam Eisen attached thereto, Domani Inspection Services, Inc. withdrew as a petitioning creditor.

*Involuntary Petition* [Dkt. No. 50], pursuant to which the Alleged Debtor and the Petitioning Creditors agreed to extend the deadline for the Petitioning Creditors to object to the Debtor's Motion to Dismiss to August 6, 2021, and the deadline for the Alleged Debtor's reply to August 16, 2021;

**WHEREAS**, on July 8, 2021, Malayan Banking Berhad, New York Branch (the "Administrative Agent"), as Administrative Agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC (collectively with the Administrative Agent, the "Lenders") filed the *Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1), (2)* [Dkt. No. 35] (the "Lenders' Motion to Dismiss");

**WHEREAS**, pursuant to the notice filed with the Lenders' Motion to Dismiss, the deadline to object to the motion was July 22, 2021 and the hearing on the motion was scheduled for August 18, 2021 at 11 a.m. (ET);

**WHEREAS**, on July 22, 2021, the Alleged Debtor filed the *Response and Limited Objection of the Alleged Debtor to Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2)* [Dkt. No. 51];

**WHEREAS**, on July 22, 2021, the Petitioning Creditors filed the *Motion For Entry of an Order Staying the Lenders' Motion to Dismiss the Involuntary Petition or, In the Alternative, Granting Relief From the Automatic Stay* [Dkt. No. 52] (the "Motion to Stay");

**WHEREAS**, at the Lenders' request, on August 4, 2021, the Court held a status conference on, among other things, the Motion to Stay, during which conference the hearing on the Debtor's

Motion to Dismiss, the Lenders' Motion to Dismiss and the Motion to Stay was adjourned to September 23, 2021 at 12:00 noon (ET); and

**WHEREAS**, the Alleged Debtor, the Lenders, and the Petitioning Creditors (collectively, the "Parties") have agreed to further extend the Petitioning Creditors' deadline to respond to the Debtor's Motion to Dismiss and/or the Lenders' Motion to Dismiss to September 9, 2021 at 4:00 p.m. (ET).

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court, that:

1. The deadline for the Petitioning Creditors to object or otherwise respond to the Debtor's Motion to Dismiss (a "Response"), in accordance with the Bankruptcy Rules, is extended through and including September 9, 2021 at 4:00 p.m. (ET).

2. The deadline for the Petitioning Creditors to object or otherwise respond to the Lenders' Motion to Dismiss, including, without limitation, incorporating the relief requested in the Motion to Stay, (a "Response"), in accordance with the Bankruptcy Rules, is extended through and including September 9, 2021 at 4:00 p.m. (ET).

3. The deadline for the Alleged Debtor and/or the Lenders to reply to the Petitioning Creditors' Responses, in accordance with the Bankruptcy Rules, is extended through and including September 20, 2021 at 4:00 p.m. (ET). For the avoidance of doubt, the Lenders' deadline for responding to the Motion to Stay is September 20, 2021 at 4:00 p.m. (ET).

4. The hearing (the "Hearing") on the Debtor's Motion to Dismiss, the Lenders' Motion to Dismiss, and the Petitioning Creditors' Motion to Stay is adjourned to September 23, 2021 at 12:00 p.m. (noon) (ET).

5.  If the Parties desire to introduce declarations or documents into evidence or ask the Court to take judicial notice of documents at the Hearing (including documents attached to their pleadings) or intend to call witnesses to testify at the Hearing, then the Hearing will be an evidentiary hearing and any Party intending to (i) introduce declarations or documents or request that the Court take judicial notice of documents shall exchange such documents with the other Parties not later than 4:00 p.m. on September 14, 2021, and (ii) call witnesses to testify must notify the other Parties of the identity of such witnesses not later than 4:00 p.m. on September 14, 2021, which witness information will then be included in the September 23, 2021 hearing agenda.

6.  Unless otherwise ordered by the Bankruptcy Court, the Hearing will be in-person at the Bankruptcy Court for the District of Delaware, but any Party, counsel or witness may appear and be heard at the Hearing via Zoom.

| VENABLE LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| */s/ Daniel A. O'Brien*<br>Daniel A. O'Brien (#4897)<br>1201 N. Market Street, Suite 1400<br>Wilmington, Delaware 19801<br>Tel: (302) 298-3523<br>Fax: (302) 298-3550<br>daobrien@venable.com<br><br>-and-<br><br>Jeffrey S. Sabin<br>1270 Avenue of the Americas<br>24th Floor<br>New York, New York 10020<br>Tel: (212) 307-5500<br>jssabin@venable.com<br><br>*Counsel for the Petitioning Creditors* | */s/ Marcy J. McLaughlin Smith*<br>Marcy J. McLaughlin Smith (#6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street,<br>P.O. Box 1709<br>Wilmington, DE 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>marcy.smith@troutman.com<br><br>-and-<br><br>Gary Marsh<br>600 Peachtree Street, N.E.<br>Suite 3000<br>Atlanta, GA 30308<br>Tel: (404) 885-3000<br>gary.marsh@troutman.com |

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (#2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
ljones@pszjlaw.com

-and-

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

Gary L. Kaplan, Esq.
Matthew D. Parrott, Esq.
Andrew M. Minear, Esq.
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: Gary.Kaplan@friedfrank.com
Matthew.Parrott@friedfrank.com
Andrew.Minear@friedfrank.com

*Counsel for Malayan Banking Berhad, New York Branch, as Administrative Agent for Malayan Banking Berhad, London Branch, Intesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC*

-and-

Brett D. Goodman
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Brett.goodman@troutman.com

*Counsel for the Alleged Debtor*