# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PARK PLACE DEVELOPMENT PRIMARY, LLC,[1] | : | Case No. 21-10849 (CSS) |
| | : | |
| | : | **Related to Docket Nos. 31, 35, 48, 52, 59, and 63** |
| Alleged Debtor. | : | |

## NOTICE OF CHANGE OF HEARING DATE AND TIME FROM SEPTEMBER 28, 2021, AT 12:00 P.M. TO OCTOBER 1, 2021, AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearing previously scheduled for September 28, 2021, at 12:00 p.m. (ET) has been rescheduled by the Court to **October 1, 2021, at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that all matters previously scheduled for September 28, 2021, will now be heard on **October 1, 2021, at 10:00 a.m. (ET)**.

---

[1] The last four digits of the Alleged Debtor's U.S. tax identification number is 1708. The address of the Alleged Debtor's corporate headquarters is: 31 West 27th Street, 9th Floor, New York, NY 10001.

| | |
|---|---|
| Dated: August 11, 2021<br>Wilmington Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*/s/ Marcy J. McLaughlin Smith*<br>Marcy J. McLaughlin Smith (DE 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: marcy.smith@troutman.com<br><br>-and-<br><br>Gary W. Marsh (admitted *pro hac vice*)<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 885-2618<br>Facsimile: (404) 962-6983<br>Email: gary.marsh@troutman.com<br><br>-and-<br><br>Brett D. Goodman (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-5966<br>Email: brett.goodman@troutman.com<br><br>*Counsel to Park Place Development Primary, LLC* |