## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on August 11, 2021, I caused copies of the foregoing **Notice of Change of Hearing Date and Time from September 28, 2021, at 12:00 p.m. to October 1, 2021, at 10:00 a.m.** to be served by email upon the parties set forth on the attached service list; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

                                              */s/ Marcy J. McLaughlin Smith*
                                              Marcy J. McLaughlin Smith (DE 6184)

# SERVICE LIST

*(Counsel to Malayan Banking Berhad)*
Laura Davis Jones and James E. O'Neill
**Pachulski Stang Ziehl & Jones LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
ljones@pszjlaw.com; joneill@pszjlaw.com

*(Counsel to Malayan Banking Berhad)*
Gary L. Kaplan, Matthew D. Parrott, and Andrew M. Minear
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, NY 10004
Gary.Kaplan@friedfrank.com;
Matthew.Parrott@friedfrank.com;
Andrew.Minear@friedfrank.com

*(Counsel to the Petitioning Creditors)*
Daniel A. O'Brien
**Venable LLP**
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
daobrien@venable.com

United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
USTPRegion03.WL.ECF@USDOJ.GOV

*(Counsel to the Petitioning Creditors)*
Jeffrey S. Sabin and Carol A. Weiner
**Venable LLP**
1270 Avenue of the Americas
New York, NY 10020
JSSabin@Venable.com; cweinerlevy@venable.com

*(Counsel to Gilbane Residential Construction LLC)*
Daniel J. DeFranceschi and Russell C. Silberglied
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
defranceschi@rlf.com; silberglied@rlf.com

*(Counsel to Gilbane Residential Construction LLC)*
John W. Dreste and Brian M. Streicher
**Ernstrom & Dreste, LLP**
925 Clinton Square
Rochester, New York 14604
JDreste@ed-llp.com; BStreicher@ed-llp.com

#118485659 v1