## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 9th day of September 2021, a true and correct copy of *Objection to the Involuntary Petitioners to Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition* was served on the parties below in the manner(s) indicated.

*/s/ Daniel A. O'Brien, Esq.*
Daniel A. O'Brien (No. 4897)

**Via Hand Delivery**

United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Marcy J. McLaughlin Smith
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801

*Counsel for Park Place Development Primary, LLC*

Daniel J. DeFranceschi
Russell C. Silberglied
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

*Counsel for Gilbane Residential Construction LLC*

Laura Davis Jones
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for Malayan Banking Berhad,*
*New York Branch, as Administrative Agent for*
*Malayan Banking Berhad, London Branch, Intesa*
*Sanpaolo S.P.A., New York Branch, Warba Bank*
*K.S.C.P., and 45 Park Place Investments, LLC*


**Via First Class U.S. Mail**

Gary L. Kaplan
Matthew D. Parrott
Andrew M. Minear
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Counsel for Malayan Banking Berhad,*
*New York Branch, as Administrative Agent for*
*Malayan Banking Berhad, London Branch, Intesa*
*Sanpaolo S.P.A., New York Branch, Warba Bank*
*K.S.C.P., and 45 Park Place Investments, LLC*

Gary W. Marsh
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

*Counsel for Park Place Development Primary, LLC*

Brett D. Goodman
TROUTMAN PEPPER HAMILTON
SANDERS LLP
875 Third Avenue
New York, NY 10022

*Counsel for Park Place Development Primary, LLC*


Brian M. Streicher
ERNSTROM & DRESTE, LLP
925 Clinton Square
Rochester, New York 14604

*Counsel for Gilbane Residential Construction LLC*