| First Name | Last Name | Email | Party Representing | Firm Name |
|---|---|---|---|---|
| James | Frankel | jefrankel@venable.com | Permasteelisa | Venable LLP |
| Nathaniel | DeLoatch | nathan.deloatch@troutma | Park Place Develo | Troutman Pepper Hamilton Sanders, LLP |
| Carol | Weiner (Lev | cwlevy@venable.com | Petitioning Credit | Venable LLP |
| Clint Carlisle (Fried Frank | | clint.carlisle@friedfrank.cc | Lenders | Fried, Frank, Harris, Shriver & Jacobson LLP |
| James | O'Neill | joneill@pszjlaw.com | Lenders | Pachulski Stang Ziehl & Jones LLP |
| Sharif | El-Gamal | sharif@sohoproperties.co | Sharif El-Gamal | |
| Gary | Marsh | gary.marsh@troutman.co | Park Place Develo | Troutman, Pepper, Hamilton Sanders, LLP |
| Justin | Santolli | Justin.Santolli@friedfrank. | Lenders | Fried, Frank, Harris, Shriver & Jacobson LLP |
| Russell | Silberglied | silberglied@rlf.com | Gilbane | Richards, Layton & Finger |
| Ismael | Leyva | ileyva@ilarch.com | Jeffrey Sabin | Venable LLP |
| Brian | Streicher | bstreicher@ed-llp.com | Gilbane | Ernstrom & Dreste, LLP |
| Matthew | Caruso | matt@crs-group.com | Construction Realty Safety Group Inc. and Trade Off LLC | |
| John | Dreste | jdreste@ed-llp.com | Gilbane | Ernstrom & Dreste, LLP |
| Taylor | Harrison | taylor.harrison@iongroup. | Debtwire | |
| Thomas | Tripodianos | ttripodianos@gmail.com | S&E Bridge & Scaf | Welby, Brady & Greenblatt, LLP |
| Gary | Kaplan | Gary.Kaplan@friedfrank.cc | Lenders | Fried, Frank, Harris, Shriver & Jacobson LLP |
| Hamdi Abdullah | | hamdi@maybank.com | Lenders - Witness | Malayan Banking Berhad, New York Branch |
| Uday | Gorrepati | uday.gorrepati@gmail.con | N/A (ABI Project) | |
| Thomas | Garcia | TGarcia2@safwayatlantic. | S&E Bridge & Scaf | S&E Bridge & Scaffold, LLC |
| Jane | Leamy | jane.m.leamy@usdoj.gov | U.S. Trustee | Office of U.S. Trustee |
| Gary | Rubin | glrubin@venable.com | Permasteelisa No | Venable LLP |
| Paul | Rubin | prubin@rubinlawllc.com | 50 Murray Street | Rubin LLC |
| Laura Davis | Jones | ljones@pszjlaw.com | Lenders | Pachulski Stang Ziehl & Jones LLP |
| Matt | Parrott | m.parrott@friedfrank.com | Lenders | Fried Frank |
| Matthew | Parrott | Matthew.Parrott@friedfra | Lenders | Fried, Frank, Harris, Shriver & Jacobson LLP |
| Andrew | Scurria | andrew.scurria@wsj.com | Wall Street Journal | |
| Adam | Eisen | aeisen@crlegalgroup.com | Construction Real | Law Office of Erin M. McGinnis, PLLC |
| Jacqueline Keller | | jkeller@maybank.com | Interested Party | Malayan Banking Berhad, New York Branch |
| Justin | Casson | Justin.Casson@cbre.com | Witness | |
| Marcy | McLaughlin | marcy.smith@troutman.cc | Alleged Debtor | Troutman Pepper Hamilton Sanders LLP |
| Reginald | Sainvil | reginald.sainvil@bakermcl | Berni | Baker & McKenzie LLP |

# SIGN-IN SHEET

**CASE NAME:** Park Place
**CASE NO:** 21-10849
**COURTROOM LOCATION:** 6
**DATE:** 10/1/2021 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Sabin | Venable | Petitioning Creditors |
| Jamie Frankel | " | " |
| Dan O'Brien | " | " |
| Gary Rubin (Zoom) | " | " |
| Carol Levy (Zoom) | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**