#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PARK PLACE DEVELOPMENT PRIMARY, LLC., | ) ) ) | Case No. 21-10849 (CSS) |
| | ) | Docket Nos.: 31, 35 |
| Alleged Debtor. | ) | |
| | ) | |

### ORDER

For the reasons set forth in the Court's opinion dated November 2, 2021 it is hereby ordered that the Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition [D.I. 31] filed on July 6, 2021 and Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305 (a) or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [D.I. 35] filed on July 8, 2021 are GRANTED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: November 2, 2021