# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Park Place Development Primary, LLC, | Case No. 21-10849 (CSS) |
| Alleged Debtor. | |

**STIPULATION (I) EXTENDING RESPONSE AND REPLY DEADLINES
WITH RESPECT TO PENDING MOTIONS FILED BY FORMER PUTATIVE DEBTOR
PARK PLACE DEVELOPMENT PRIMARY, LLC AND CROSS MOTION FILED BY
PETITIONING CREDITORS; AND (II) CONTINUING
HEARING WITH RESPECT TO SAME**

**WHEREAS**, on November 2, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") issued its *Opinion* [Dkt. No. 80] and entered its *Order* [Dkt. No. 81] granting the *Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention from, the Involuntary Bankruptcy Petition* [Dkt. No. 31], filed by Park Place Development Primary, LLC ("Park Place"), former putative debtor in the above-captioned case, and also granting the *Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief from the Automatic Stay pursuant to 11 U.S.C. 362(d)(1), (2)* (the "Motions to Dismiss") [Dkt. No.35], filed by Malayan Banking Berhad, New York Branch, as Administrative Agent for Malayan Banking Berhad, London Branch, Inesa Sanpaolo S.P.A., New York Branch, Warba Bank K.S.C.P., and 45 Park Place Investments, LLC, thereby dismissing the involuntary bankruptcy petition filed in this case [Dkt. No.1] by Permasteelisa North America Corp. ("PNA"), Construction Realty Safety Group Inc. ("CR Safety"), Trade Off Plus, LLC ("Trade Off"), Domani Inspection Services, Inc. ("Domani"), S&E Bridge & Scaffold LLC ("S&E") and Ismael Leyva Architect, P.S. (collectively, the "Petitioning Creditors") against Park Place;

1

**WHEREAS**, on November 23, 2021, Park Place filed the *Motion of Park Place Development Primary, LLC for Attorney's Fees and Costs and Punitive Damages for Bad Faith Filing of Involuntary Petition Pursuant to 11 U.S.C. § 303(i)* [Dkt. No. 83] (the "Fees and Damages Motion") with the Court;

**WHEREAS**, on November 30, 2021, PNA, through its counsel, filed the *Letter from Counsel for the Permasteelisa North America Corp. to the Honorable Christopher S. Sontchi Regarding Park Place Development Primary, LLC's Motion for Fees and Damages* [Dkt. No. 84] (the "Letter"), and the Court held a status conference (the "Status Conference") on December 2, 2021 with respect to the Fees and Damages Motion and Letter;

**WHEREAS**, at the December 2, 2022 status conference, the Court directed Park Place to file a motion to reopen the case and that such motion to reopen and the Fees and Damages Motion (along with any cross motion that might be filed by some or all of the Petitioning Creditors against Park Place) would be heard at a hearing scheduled for January 6, 2022 (the "Hearing");

**WHEREAS**, on December 8, 2021, Park Place filed the *Motion of Park Place Development Primary, LLC to Reopen the Bankruptcy Case, or Alternatively for Clarification of the Dismissal Order, for the Limited Purpose of Considering its Fees and Damages Motion* [Dkt. No. 88] (the "Motion to Reopen");

**WHEREAS**, on December 22, 2021, the Petitioning Creditors[1] filed the (i) *Involuntary Petitioners' (I) Objection to Alleged Debtor's Motion for Reopen Case* (the "Reopening Objection") *or, in the Alternative (II) Cross Motion, Pursuant to Bankruptcy Rule 9024, for*

---

[1] Pursuant to the *Notice of Withdrawal of Domani Inspection Services, Inc. As A Petitioning Creditor* [Docket. No. 60] Domani withdrew as a petitioning creditor, but due to its participation in the Involuntary Petition, Park Place has included Domani in the Motion to Reopen and the Fees and Damages Motion. Domani has joined the other Petitioning Creditors in their Cross Motion, Reopening Objection, and Fees and Damages Objection (as those terms are defined herein), in opposition to the relief requested by Park Place in the Motion to Reopen and the Fees and Damages Motion.

2

*Reconsideration of Order Dismissing Involuntary Petition for Bad Faith* [Dkt. No. 90] (the "Cross Motion"); and (ii) *Objection of the Involuntary Petitioners to Motion of Park Place Development Primary LLC for Attorneys' Fees and Costs and Punitive Damages Pursuant to Section 303(i)* (the "Fees and Damages Objection") [Dkt. No. 91];

**WHEREAS**, Park Place and the Petitioning Creditors (collectively, the "Parties") intend to pursue discussions in an effort to resolve the matters scheduled for the Hearing and, to provide the parties with sufficient time to pursue such discussions (and to conserve resources of both the Parties and the Court while such discussions proceed), seek through this Stipulation to continue the Hearing and extend certain related deadlines;

**WHEREAS**, the Parties have agreed to extend Park Place's deadline to file its respective replies in opposition to the Fees and Damages Objection and the Reopening Objection, and in support of the Fees and Damages Motion and the Motion to Reopen, from January 3, 2022 at 4:00 p.m. (ET) to February 9, 2022 at 4:00 p.m. (ET);

**WHEREAS**, the Parties have agreed to extend the deadline for Park Place and any other interested parties to file any responses to the Cross Motion from January 3, 2022 at 4:00 p.m. (ET) to February 9, 2022 at 4:00 p.m. (ET);

**WHEREAS**, the Parties have agreed that the Petitioning Creditors shall file any reply in support of the Cross Motion on or before February 14, 2021 at 4:00 p.m. (ET); and

**WHEREAS**, to the extent these matters are not resolved, the Parties have agreed, and the Court has approved, the adjournment of the Hearing on the Fees and Damages Motion, the Motion to Reopen and the Cross Motion from January 6, 2022 at 10:00 a.m. (ET) to February 17, 2022 at 9:30 a.m. (ET).

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court, that:

1.      The deadline for Park Place to file its respective replies in opposition to the Fees

and Damages Objection and the Reopening Objection, and in support of the Fees and Damages

Motion and the Motion to Reopen, is extended through and including February 9, 2022 at 4:00

p.m. (ET).

2.      The deadline for Park Place and any other interested parties to file any responses to

the Cross Motion, is extended through and including February 9, 2022 at 4:00 p.m. (ET).

3.      The Petitioning Creditors shall file any reply in support of the Cross Motion on or

before February 14, 2022 at 4:00 p.m. (ET).

4.      To the extent these matters are not resolved, the Hearing on the Fees and Damages

Motion, the Motion to Reopen and the Cross Motion is continued to February 17, 2022 at 9:30

a.m. (ET).

**VENABLE LLP**

 */s/  Daniel A. O'Brien*
Daniel A. O'Brien (#4897)
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
Tel: (302) 298-3523
Fax: (302) 298-3550
daobrien@venable.com

        -and-

Jeffrey S. Sabin
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel: (212) 307-5500
jssabin@venable.com

*Counsel for the Petitioning Creditors*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Henry Jaffe*
Henry Jaffe (#2987)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19801
Tel: (302) 777-6500
Fax: (302) 421-8390
henry.jaffe@troutman.com

        -and-

Gary Marsh
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
gary.marsh@troutman.com

*Counsel for Park Place Development Primary, LLC*