# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                          :   Chapter 7
                                                :
PARK PLACE DEVELOPMENT                          :   Case No. 21-10849 (CSS)
PRIMARY, LLC,[1]                                :
                                                :
                Alleged Debtor.                 :
------------------------------------------------------------ x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 17, 2022 AT 9:30 A.M. (EASTERN TIME)

---

**This hearing will be conducted entirely over Zoom and requires all participants to register in advance.**

Reminder:  Since the audio will be provided by Zoom, <u>COURTCALL WILL NOT BE USED FOR THIS HEARING</u>.

Please Note:  All Zoom participants must register prior to the hearing at the provided link.  The Court is asking all parties to register no later than 12 noon (ET) on Wednesday, 2/16/22.

Registration link:
https://debuscourts.zoomgov.com/meeting/register/vJIsdOihqzgqHyz14VKMWoWBsYjq8dVs0C8

---

**CONTESTED MATTERS:**

1. Motion of Park Place Development Primary, LLC for Attorney's Fees and Costs and Punitive Damages for Bad Faith Filing of Involuntary Petition Pursuant to 11 U.S.C. § 303(i ) [Filed 11/23/21; Docket No. 83].

    <u>Objection Deadline</u>: December 7, 2021 at 4:00 p.m. (ET).  Extended to December 22, 2021 with respect to the Petitioning Creditors.

---

[1] The last four digits of the Alleged Debtor's U.S. tax identification number is 1708.  The address of the Alleged Debtor's corporate headquarters is: 31 West 27th Street, 9th Floor, New York, NY 10001.

Response(s):

A.    Objection of the Involuntary Petitioners to Motion of Park Place Development Primary LLC for Attorneys' Fees and Costs and Punitive Damages Pursuant to Section 303(i) [Filed 12/22/21; Docket No. 91].

Reply:

A.    Reply of Park Place Development Primary LLC to Objection of the Involuntary Petitioners to Motion of Park Place Development Primary LLC for Attorneys' Fees and Costs and Punitive Damages Pursuant to Section 303(i) [Filed 2/9/22; Docket No. 96].

Related Document(s):

A.    Involuntary Petition Against a Non-Individual [Filed 5/24/21; Docket No. 1].

B.    Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 7/6/21; Docket No. 31].

C.    Declaration of Sharif El-Gamal in Support of the Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 7/6/21; Docket No. 32].

D.    [Lenders'] Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Filed 7/8/21; Docket No. 35].

E.    Response and Limited Objection of the Alleged Debtor to Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Filed 7/22/21; Docket No. 51].

F.    Notice of Withdrawal of Domani Inspection Services, Inc. as a Petitioning Creditor [Filed 8/5/21; Docket No. 60].

G.    Objection of the Involuntary Petitioners to Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/9/21; Docket No. 65].

H.    Declaration of Jeffrey S. Sabin in Support of Objection of the Involuntary Petitioners to Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Petition [Filed 9/9/21; Docket No. 66].

I.    Declaration of Ismael Leyva in Support of the Objection to the Motion of the Alleged Debtor Pursuant to Sections 303 and 505 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/9/21; Docket No. 67].

J.    Declaration of Thomas J. Garcia in Support of the Objection to the Motion of the Alleged Debtor Pursuant to Sections 303 and 505 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/9/21; Docket No. 68].

K.    Objection of the Petitioning Creditors to Motion of Lenders for Entry of an Order Dismissing the Involuntary Petition Pursuant to Sections 707 and 305 or, in the Alterative, Granting Relief From the Automatic Stay [Filed 9/9/21; Docket No. 69].

L.    Reply of Alleged Debtor to Objection of the Involuntary Petitioners to Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/20/21; Docket No. 71].

M.    Lenders' (A) Reply to the Petitioning Creditors' Objection to Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to Sections 707 and 305 or, in the Alternative, Granting Relief From the Automatic Stay; (B) Objection to the Petitioning Creditors' Motion to Stay; and (C) Limited Reply to the Alleged Debtor's Response and Limited Objection of the Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Filed 9/20/21; Docket No. 72].

N.    Supplemental Declaration of Jeffrey S. Sabin in Support of Objection to Motion for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/27/21; Docket No. 74].

O.    October 1, 2021 Hearing Transcript [Filed 10/8/21; Docket No. 79].

P.    Opinion [Filed 11/2/21; Docket No. 80].

Q.    Order [Entered 11/2/21; Docket No. 81].

R.    Bankruptcy Case Closed [Reflected on the Court's docket as of 11/3/21].

S.    Letter from Counsel for the Permasteelisa North America Corp. to the Honorable Christopher S. Sontchi Regarding Park Place Development Primary, LLC's Motion for Fees and Damages [Filed 11/30/21; Docket No. 84].

T.    December 2, 2021 Status Conference Hearing Transcript [Filed 12/3/21; Docket No. 87].

U.     Certification of Counsel Stipulation (I) Extending Response and Reply Deadlines with Respect to Pending Motions Filed by Former Putative Debtor Park Place Development Primary, LLC and Cross Motion Filed by Petitioning Creditors; and (II) Continuing Hearing with Respect to Same [Filed 12/28/21; Docket No. 92].

V.     Order Approving Stipulation (I) Extending Response and Reply Deadlines with Respect to Pending Motions Filed by Former Putative Debtor Park Place Development Primary, LLC and Cross Motion Filed by Petitioning Creditors; and (II) Continuing Hearing with Respect to Same [Entered 12/29/21; Docket No. 93].

W.     Supplemental Declaration of Sharif El-Gamal in Support of the (I) Motion of Park Place Development Primary, LLC for Attorney's Fees and Costs and Punitive Damages for Bad Faith Filing of Involuntary Petition Pursuant to 11 U.S.C. § 303(i), (II) Motion of Park Place Development Primary, LLC to Reopen the Bankruptcy Case, or Alternatively for Clarification of the Dismissal Order, for the Limited Purpose of Considering Its Fees and Damages Motion, and (III) Objection of Park Place Development Primary, LLC to Involuntary Petitioners' Cross Motion, Pursuant to Bankruptcy Rule 9024, for Reconsideration of Order Dismissing Involuntary Petition for Bad Faith [Filed 2/9/22; Docket No. 99].

Status: This matter will be going forward. Park Place, the Petitioning Creditors, and the Lenders have stipulated that: (i) all witness testimony will be introduced by declaration; (ii) none of the parties will cross-examine any witness; and (iii) the declarations and the exhibits attached thereto are only to be admitted for purposes of this hearing. The parties reserve all rights to object to the admittance of all such declarations and the exhibits attached thereto with respect to any contested matter or other proceeding in this case or any other case in any other state or federal court. The witnesses listed in Exhibit A hereto will be available at the hearing should the Court have any questions.

2. Motion of Park Place Development Primary, LLC to Reopen the Bankruptcy Case, or Alternatively for Clarification of the Dismissal Order, for the Limited Purpose of Considering Its Fees and Damages Motion [Filed 12/8/21; Docket No. 88].

Objection Deadline: December 22, 2021 at 4:00 p.m. (ET).

Response(s):

A.     Involuntary Petitioners' (I) Objection to Alleged Debtor's Motion for Reopen Case or, in the Alternative (II) Cross Motion, Pursuant to Bankruptcy Rule 9024, for Reconsideration of Order Dismissing Involuntary Petition for Bad Faith [Filed 12/22/21; Docket No. 90].

B.     Lenders' Objection to the Petitioning Creditors' Cross Motion, Pursuant to Bankruptcy Rule 9024, for Reconsideration of Order Dismissing the Involuntary Petition for Bad Faith [Filed 2/9/22; Docket No. 95].

C.     Objection of Park Place Development Primary LLC to Involuntary Petitioners' Cross Motion, Pursuant to Bankruptcy Rule 9024, for Reconsideration of Order Dismissing Involuntary Petition for Bad Faith [Filed 2/9/22; Docket No. 98].

Replies:

A.     Reply of Park Place Development Primary LLC to Involuntary Petitioners' Objection to Alleged Debtor's Motion to Reopen Case [Filed 2/9/22; Docket No. 97].

B.     Involuntary Petitioners' Omnibus Reply to Alleged Debtor's and Lenders' Objections to Cross Motion for Reconsideration of Order Dismissing Involuntary Petition for Bad Faith [Filed 2/14/22; Docket No. 101].

Related Document(s):

A.     Involuntary Petition Against a Non-Individual [Filed 5/24/21; Docket No. 1].

B.     Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 7/6/21; Docket No. 31].

C.     Declaration of Sharif El-Gamal in Support of the Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 7/6/21; Docket No. 32].

D.     [Lenders'] Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Filed 7/8/21; Docket No. 35].

E.     Response and Limited Objection of the Alleged Debtor to Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Filed 7/22/21; Docket No. 51].

F.     Notice of Withdrawal of Domani Inspection Services, Inc. as a Petitioning Creditor [Filed 8/5/21; Docket No. 60].

G.     Objection of the Involuntary Petitioners to Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/9/21; Docket No. 65].

H.     Declaration of Jeffrey S. Sabin in Support of Objection of the Involuntary Petitioners to Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Petition [Filed 9/9/21; Docket No. 66].

I.  Declaration of Ismael Leyva in Support of the Objection to the Motion of the Alleged Debtor Pursuant to Sections 303 and 505 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/9/21; Docket No. 67].

J.  Objection of the Petitioning Creditors to Motion of Lenders for Entry of an Order Dismissing the Involuntary Petition Pursuant to Sections 707 and 305 or, in the Alterative, Granting Relief From the Automatic Stay [Filed 9/9/21; Docket No. 69].

K.  Declaration of Thomas J. Garcia in Support of the Objection to the Motion of the Alleged Debtor Pursuant to Sections 303 and 505 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/9/21; Docket No. 68].

L.  Reply of Alleged Debtor to Objection of the Involuntary Petitioners to Motion of the Alleged Debtor Pursuant to Sections 303 and 305 of the Bankruptcy Code for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/20/21; Docket No. 71].

M.  Lenders' (A) Reply to the Petitioning Creditors' Objection to Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to Sections 707 and 305 or, in the Alternative, Granting Relief From the Automatic Stay; (B) Objection to the Petitioning Creditors' Motion to Stay; and (C) Limited Reply to the Alleged Debtor's Response and Limited Objection of the Lenders' Motion for Entry of an Order Dismissing the Involuntary Petition Pursuant to 11 U.S.C. 707(a) and 305(a) or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1), (2) [Filed 9/20/21; Docket No. 72].

N.  Supplemental Declaration of Jeffrey S. Sabin in Support of Objection to Motion for Dismissal of, or Abstention From, the Involuntary Bankruptcy Petition [Filed 9/27/21; Docket No. 74].

O.  October 1, 2021 Hearing Transcript [Filed 10/8/21; Docket No. 79].

P.  Opinion [Filed 11/2/21; Docket No. 80].

Q.  Order [Entered 11/2/21; Docket No. 81].

R.  Bankruptcy Case Closed [Reflected on the Court's docket as of 11/3/21].

S.  Letter from Counsel for the Permasteelisa North America Corp. to the Honorable Christopher S. Sontchi Regarding Park Place Development Primary, LLC's Motion for Fees and Damages [Filed 11/30/21; Docket No. 84].

T.  December 2, 2021 Status Conference Hearing Transcript [Filed 12/3/21; Docket No. 87].

U.     Certification of Counsel Stipulation (I) Extending Response and Reply Deadlines with Respect to Pending Motions Filed by Former Putative Debtor Park Place Development Primary, LLC and Cross Motion Filed by Petitioning Creditors; and (II) Continuing Hearing with Respect to Same [Filed 12/28/21; Docket No. 92].

V.     Order Approving Stipulation (I) Extending Response and Reply Deadlines with Respect to Pending Motions Filed by Former Putative Debtor Park Place Development Primary, LLC and Cross Motion Filed by Petitioning Creditors; and (II) Continuing Hearing with Respect to Same [Entered 12/29/21; Docket No. 93].

W.     Supplemental Declaration of Sharif El-Gamal in Support of the (I) Motion of Park Place Development Primary, LLC for Attorney's Fees and Costs and Punitive Damages for Bad Faith Filing of Involuntary Petition Pursuant to 11 U.S.C. § 303(i), (II) Motion of Park Place Development Primary, LLC to Reopen the Bankruptcy Case, or Alternatively for Clarification of the Dismissal Order, for the Limited Purpose of Considering Its Fees and Damages Motion, and (III) Objection of Park Place Development Primary, LLC to Involuntary Petitioners' Cross Motion, Pursuant to Bankruptcy Rule 9024, for Reconsideration of Order Dismissing Involuntary Petition for Bad Faith [Filed 2/9/22; Docket No. 99].

<u>Status</u>: This matter will be going forward. Park Place, the Petitioning Creditors, and the Lenders have stipulated that: (i) all witness testimony will be introduced by declaration; (ii) none of the parties will cross-examine any witness; and (iii) the declarations and the exhibits attached thereto are only to be admitted for purposes of this hearing. The parties reserve all rights to object to the admittance of all such declarations and the exhibits attached thereto with respect to any contested matter or other proceeding in this case or any other case in any other state or federal court. The witnesses listed in <u>Exhibit A</u> hereto will be available at the hearing should the Court have any questions

*[Signature page follows]*

| | |
|---|---|
| Dated: February 15, 2022<br>Wilmington Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*/s/ Henry J. Jaffe*<br>Henry J. Jaffe (DE 2987)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: henry.jaffe@troutman.com<br><br>-and-<br><br>Gary W. Marsh (admitted *pro hac vice*)<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 885-2618<br>Facsimile: (404) 962-6983<br>Email: gary.marsh@troutman.com<br><br>*Counsel to Park Place Development Primary, LLC* |

#121232937 v1