# Exhibit A

## Witness Information

1. <u>Petitioning Creditors' Witness Information</u>: The Petitioning Creditors intend to offer testimony by declaration. The following witness will be available by Zoom:

   - Thomas M. Gannon, General Counsel and Corporate Secretary of Permasteelisa North America Corp., testifying either from his home or his office in Connecticut.

2. <u>Park Place's Witness Information</u>: Park Place intends to offer testimony by declaration. The following witness will be available by Zoom:

   - Sharif El-Gamal, President of Park Place Development Primary LLC, testifying either from his home in New York, or from his office in New York, New York.