## **CERTIFICATE OF SERVICE**

I, Henry J. Jaffe, hereby certify that on February 15, 2022, I caused copies of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on February 17, 2022 at 9:30 a.m. (Eastern Time)* to be served by email upon the parties set forth on the attached service list; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

        */s/ Henry J. Jaffe*
        Henry J. Jaffe (DE 2987)

#121232937 v1

# SERVICE LIST

*(Counsel to the Petitioning Creditors)*
Daniel A. O'Brien
**Venable LLP**
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
dao'brien@Venable.com

Jane M. Leamy
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jane.M.Leamy@usdoj.gov
USTPRegion03.WL.ECF@USDOJ.GOV

*(Counsel to the Petitioning Creditors)*
Jeffrey S. Sabin, Gary L. Rubin, James E. Frankel, and Carol A. Weiner
**Venable LLP**
1270 Avenue of the Americas
New York, NY 10020
JSSabin@Venable.com; glrubin@venable.com; jefrankel@venable.com;
cweinerlevy@venable.com

*(Counsel to Gilbane Residential Construction LLC)*
Daniel J. DeFranceschi and Russell C. Silberglied
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
defranceschi@rlf.com; silberglied@rlf.com

*(Counsel to Gilbane Residential Construction LLC)*
John W. Dreste and Brian M. Streicher
**Ernstrom & Dreste, LLP**
925 Clinton Square
Rochester, New York 14604
JDreste@ed-llp.com; BStreicher@ed-llp.com

*(Counsel to S&E Bridge & Scaffold, LLC)*
Michael I. Silverstein and Thomas Tripodianos
**Welby, Brady & Greenblatt, LLP**
11 Martine Avenue, 15th Floor
White Plains, New York 10606
msilverstein@wbgllp.com
ttripodianos@wbgllp.com

(*Counsel to Trade Off, LLC, Domani, and CR Safety*)
**Law Office of Erin M. McGinnis, PLLC**
248 West 35th Street, 8th Floor
New York, New York 10001
aeisen@CRLegalGroup.com

*(Counsel to Ismael Leyva Architects)*
Eric Schutzer
**The Schutzer Group**
330 Seventh Avenue, 15th Fl.
New York, NY 10001
ericschutzer@TheSchutzerGroup.com

*(Counsel to Malayan Banking Berhad)*
Laura Davis Jones and James E. O'Neill
**Pachulski Stang Ziehl & Jones LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
ljones@pszjlaw.com; joneill@pszjlaw.com

*(Counsel to Malayan Banking Berhad)*
Gary L. Kaplan, Matthew D. Parrott, and Andrew M. Minear
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, NY 10004
Gary.Kaplan@friedfrank.com;
Matthew.Parrott@friedfrank.com;
Andrew.Minear@friedfrank.com