IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | Case No. 21-10849 (CSS) |
| PARK PLACE DEVELOPMENT PRIMARY, LLC, | : : | |
| | : | |
| Alleged Debtor. | : | **Re: Dkt. Nos. 83, 88, 90** |
| | : | |

---

## ORDER

Upon consideration of the *Motion of Park Place Development Primary, LLC to Reopen the Bankruptcy Case, or Alternatively, for Clarification of the Dismissal Order, for the Limited Purpose of Considering Its Fees and Damages Motion* [Dkt. No. 88] (the "Motion to Reopen"); and it appearing that proper and adequate notice of the Motion to Reopen has been given and that no other or further notice is necessary; and upon the evidence, pleadings and arguments introduced at the hearing on the Motion to Reopen held before the Court on February 17, 2022 (the "Hearing") and all the proceedings herein;

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Reopen is **DENIED** pursuant to the rulings and reasons articulated by the Court at the Hearing.

2. The (i) *Alleged Debtor's Motion for Attorney's Fees and Costs and Punitive Damages for Bad Faith Filing of Involuntary Petition Pursuant to 11 U.S.C. § 303(i)* [Dkt. No. 83] and (ii) *Involuntary Petitioners' Cross Motion, Pursuant to Bankruptcy Rule 9024, for Reconsideration of the Order Dismissing the Involuntary Petition for Bad Faith* [Dkt. No. 90] are each **DENIED** as being moot.

Dated: February 22, 2022

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge